**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Medolac Laboratories, A Public Benefit Corporation |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FDBA  Neolac, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-4397531 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1031 Nevada Highway<br>Boulder City, NV 89005<br>Number, Street, City, State & ZIP Code | 806 Buchanan Blvd., Ste. 115-228<br>Boulder City, NV 89005<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Clark<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  www.medolac.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Medolac Laboratories, A Public Benefit Corporation                    Case number (*if known*) _____
       Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3115

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor   Medolac Laboratories, A Public Benefit Corporation                    Case number (*if known*) _____
         _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____

District _____ When _____

Relationship _____

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

▬ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | Medolac Laboratories, A Public Benefit Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Medolac Laboratories, A Public Benefit Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    March 17, 2021
         MM / DD / YYYY

x _Elena M. Medo_          Elena M. Medo
Signature of authorized representative of debtor     Printed name

Title    Chairman/Chief Executive Officer

| 18. Signature of attorney | x _____ | Date   March 17, 2021 |
|---|---|---|
| | Signature of attorney for debtor | MM / DD / YYYY |

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170      Email address   mzirzow@lzlawnv.com

7222 NV
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## MEDOLAC LABORATORIES, INC., A PUBLIC BENEFIT CORPORATION

The undersigned, being the members of the Board of Directors (the "Board") of MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION incorporated under the laws of the State of Delaware (the "Company"), hereby approve and adopt the following resolutions effective as the date set forth below:

RESOLVED that in the judgment of the Board, and in consultation with the advice of its legal and financial advisors, it is desirable and in the best interests of the Company and its creditors, equity security holders, and other interested parties, as well as in the best interests of those materially affected by the Company's conduct and the specific public benefits identified in the Company's certificate of incorporation, that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that ELENA T. MEDO, as President of the Company (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules and related documents under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel; HELMUT A. KOEHN PC is engaged and shall continue its engagement as accountants for the Company in the chapter 11 case; and H1 LAW GROUP is engaged and shall continue its engagement as attorneys for the Company as special litigation counsel during the chapter 11 case; and such the Responsible Person is further authorized to engage such other persons as are necessary and appropriate to successfully complete the Company's chapter 11 bankruptcy reorganization, and with all of the foregoing being subject to any requisite bankruptcy court approval.

RESOLVED that the Company is authorized to execute a Debtor in Possession Loan and Security Agreement, and related loan and security documentation to obtain post-petition secured superpriority financing in the amount of at least $500,000.00 from DOUG HUGHES, or his designee, to assist the Company in financing its operations during its bankruptcy case, and the Responsible Person is authorized to execute and deliver all necessary documentation at such time as she shall determine.

RESOLVED that the Responsible Person, and such other persons as she shall from time to

1

time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case. The Responsible Person shall keep the Board advised of the progress of the bankruptcy reorganization case, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

Dated:  February 26, 2021

MEDOLAC LABORATORIES,
A PUBLIC BENEFIT CORPORATION:

By: _____     By: _____

Print Name:  Paul Feldstein                      Print Name: _____



By: _____     By: _____

Print Name: _____          Print Name: _____



By: _____

Print Name: _____

2

time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case. The Responsible Person shall keep the Board advised of the progress of the bankruptcy reorganization case, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

Dated:  2/28/2021            .

MEDOLAC LABORATORIES,
A PUBLIC BENEFIT CORPORATION:

By: _____          By: _____

Print Name:  John Douglas Hawkins          Print Name: _____


By: _____          By: _____

Print Name: _____          Print Name: _____


By: _____

Print Name: _____

2

time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case. The Responsible Person shall keep the Board advised of the progress of the bankruptcy reorganization case, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

Dated: _2/26/2021_ .

MEDOLAC LABORATORIES,
A PUBLIC BENEFIT CORPORATION:


By: _Ethel Hoffman_                     By: _____
Print Name: _ETHEL HOFFMAN_            Print Name: _____


By: _____            By: _____
Print Name: _____            Print Name: _____


By: _____
Print Name: _____

2

time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case. The Responsible Person shall keep the Board advised of the progress of the bankruptcy reorganization case, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

Dated: 2/26/2021

MEDOLAC LABORATORIES,
A PUBLIC BENEFIT CORPORATION:

By: _____    By: _____

Print Name: Thomas R. Kalchik    Print Name: _____


By: _____    By: _____

Print Name: _____    Print Name: _____


By: _____

Print Name: _____

2

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case.  The Responsible Person shall keep the Board advised of the progress of the bankruptcy reorganization case, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

Dated: _2/28/2021_

MEDOLAC LABORATORIES,
A PUBLIC BENEFIT CORPORATION:

By: _Elena Medo_            By: _____

Print Name: _Elena Medo_    Print Name: _____


By: _____    By: _____

Print Name: _____    Print Name: _____


By: _____

Print Name: _____

2

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Medolac Laboratories, A Public Benefit Corporation</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  DISTRICT OF NEVADA</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Liquid Gold, LLC c/o Womble Bond Dickinson (US) LLP Attn:  Nicholas T. Verna, Esq. 1313 N. Market St., Suite 1200 Wilmington, DE 19801 | | Note Holder - Litigation Judgment entered 2/17/21 | | | | $2,400,000.00 |
| Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | Payroll taxes | | | | $1,057,592.34 |
| Rutan & Tucker LLP Attn: Milford W. Dahl, Jr., Esq. 18575 Jamboree Rd., 9th Floor Irvine, CA 92612 | | Services | | | | $766,698.32 |
| U.S. Small Business Administration Attn: Bankruptcy Dept/Managing Agent 409 3rd St., W Washington, DC 20416 | | Paycheck Protection Program Loan | Contingent | | | $306,015.05 |
| Honeycomb Portfolio LLC Attn:  Azita Ardakani 310 Meserole St. Brooklyn, NY 11206 | | Note Holder | | | | $250,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   Medolac Laboratories, A Public Benefit Corporation          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chenoweth Law Group, PC Attn: Brian D. Chenoweth, Esq. 510 S.W. Fifth Ave., 4th Floor Portland, OR 97204-2138 | | Services | | | | $147,430.35 |
| Jeffrey Schumacher 836 Marina Dr. Boulder City, NV 89005-1119 | | Note Holder | | | | $100,000.00 |
| Pamela Moffat PD 33004 Christina Drive Dana Point, CA 92629 | | Note Holder - In Litigation | | | | $100,000.00 |
| Full Tilt Capital, LLC Attn:  Anthony Pompliano 5 West Hargett St, Suite 1101 Raleigh, NC 27601 | | Note Holder | | | | $100,000.00 |
| Stris & Maher LLP Attn: Bankr.Dept/Managing Member 725 S Figueroa St # 1830 Los Angeles, CA 90017 | | Services | Disputed | | | $94,499.86 |
| California Strategies & Advocacy, LLC Attn: Bankr.Dept/Managing Member 980 Ninth Street, Suite 2000 Sacramento, CA 95814 | | Trade debt | | | | $90,000.00 |
| Markowitz Herbold PC Attn: Bankr.Dept/Managing Member 1211 SW Fifth Avenue, Suite 3000 Portland, OR 97204-3730 | | Services | | | | $77,709.35 |

Debtor    Medolac Laboratories, A Public Benefit Corporation                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| O'Reilly Law Group, LLC Attn: John F. O'Reilly, Esq. 325 S. Maryland Parkway Las Vegas, NV 89101 | | Services | | | | $75,472.30 |
| Stearns Bank, N.A. Attn:  Managing Agent 500 13th St. P.O. Box 77750 Albany, MN 56307 | | Loan / Lease for Equipment | | | | $73,853.98 |
| M2 Lease Funds, LLC Attn:  Managing Agent 1175 N. Patrick Blvd., Suite 140 Brookfield, WI 53045 | | Loan / Lease for Equipment | | | | $69,057.78 |
| Goodwin Proctor LLP Attn: Bankr.Dept/Managing Member 100 Northern Avenue Boston, MA 02210 | | Services | | | | $65,466.48 |
| Boly Welch Attn: Bankr.Dept/Managing Member 920 SW Sixth Avenue, Suite 100 Portland, OR 97204 | | Trade debt | Disputed | | | $63,000.00 |
| Larson O'Brien LLP Attn: Bankr.Dept/Managing Member 555 South Flower Street, Ste. 4400 Los Angeles, CA 90071 | | Arbitration - Amounts Settled | Disputed | | | $57,079.25 |
| Berrey Investment, LLC Attn: Michael Berry 6305 SW Rosewood Street Suite D Lake Oswego, OR 97035 | | Old Lease in Oregon | Disputed | | | $54,388.40 |

Debtor  Medolac Laboratories, A Public Benefit Corporation

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Drinker Biddle & Reath LLP Attn: Bankr.Dept/Managing Member One Logan Square, Ste. 2000 Philadelphia, PA 19103-6996 | | Services | Disputed | | | $53,312.61 |

# United States Bankruptcy Court
## District of Nevada

In re    Medolac Laboratories, A Public Benefit Corporation

Debtor(s)

Case No.
Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman/Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 17, 2021

Elena M. Medo/Chairman/Chief Executive Officer
Signer/Title

Medolac Laboratories, A Public Benefit Corporation
806 Buchanan Blvd., Ste. 115-228
Boulder City, NV 89005

.

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Albertsons Companies
Attn:  Legal Department
250 Parkcenter Blvd.
P.O. Box 83726
Boise, ID 83726

Bayne & Associates
Attn: Bankr.Dept/Managing Member
601 Pennsylvania Avenue NW
Ste. 900 South Building
Washington, DC 20004

Boly Welch
Attn: Bankr.Dept/Managing Member
920 SW Sixth Avenue, Suite 100
Portland, OR 97204

California Secretary of State
Attn: Bankr.Dept/Managing Member
PO Box 944228,
Sacramento, CA 94244-2280

Chenoweth Law Group, PC
Attn: Brian D. Chenoweth, Esq.
510 S.W. Fifth Ave., 4th Floor
Portland, OR 97204-2138

Cold-Tech Refrigeration
Attn: Bankr.Dept/Managing Member
PO Box 33686
Las Vegas, NV 89133

Domino Amjet, Inc.
Attn: Bankr.Dept/Managing Member
3809 Collection Center Drive
Chicago, IL 60693

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Adogy
c/o John Rampton
13512 Aintree Avenue
Draper, UT 84020

Amerex Instruments, Inc.
Attn: Bankr.Dept/Managing Member
3951 Industrial Way Suite C
Concord, CA 94520

Berrey Investment, LLC
Attn: Michael Berry
6305 SW Rosewood Street Suite D
Lake Oswego, OR 97035

Boulder City Disposal
Attn: Bankr.Dept/Managing Member
P.O. Box 61288
Boulder City, NV 89006

California Strategies & Advocacy, LLC
Attn: Bankr.Dept/Managing Member
980 Ninth Street, Suite 2000
Sacramento, CA 95814

CIDA
Attn: Bankr.Dept/Managing Member
15895 SW 72nd Ave. Suite 200
Portland, OR 97224

Cole Industrial, Inc.
Attn: Bankr.Dept/Managing Member
5924 203rd St. SW
Lynnwood, WA 98036

Domino Amjet, Inc.
Attn: Managing Agent
1290 Lakeside Dr.
Gurnee, IL 60031

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Albertson's Companies
Attn:  Managing Agent/Legal Dep't
3834 Collections Center Dr.
Chicago, IL 60693

Aquatic Research
Attn: Bankr.Dept/Managing Member
15300 Bothwell Way NE
Lake Forests Park, WA 98155

BioMerieux, Inc.
Attn: Bankr.Dept/Managing Member
PO Box 500308
St. Louis, MO 63150-0308

California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500

CenturyLink
Attn: Bankr.Dept/Managing Agent
100 CenturyLink Drive
Monroe, LA 71203

City of Boulder City
Attn: Bankr.Dept/Managing Member
401 California Avenue
Boulder City, NV 89005-2600

CrestMark Vendor Finance
Attn: Managing Member
5480 Corporate Dr., Ste. 350
Troy, MI 48098

Dongguan Senbao Purifying Equip. C
Attn: Bankr.Dept/Managing Member
No. 88, Qiaolang Road
Dongguan City, China 523000

Dr. David H. Adamkin, MD
9109 Brookwood Path
Louisville, KY 40241

Drinker Biddle & Reath LLP
Attn: Bankr.Dept/Managing Member
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

DHP Portland
Attn: Bankr.Dept/Managing Member
PO Box 204010
Dallas, TX 75320-4010

Ecolab Pest Elimination
Attn: Bankr.Dept/Managing Member
26252 Network Place
Chicago, IL 60673-1262

Einerhand Science & Innovation
Attn: Bankr.Dept/Managing Member
Beatrixlann 9 1815 JN
Alkmaar The Netherlands

Eurofins DQCI, LLC
Attn: Bankr.Dept/Managing Member
Dept CH 16828
Palatine, IL 60055-6828

Evans, Kristin
3787 Breakstone Drive
Fayetteville, AR 72764

Federal Express 6349-4561-0
Attn: Bankr.Dept/Managing Member
PO Box 7221
Pasadena, CA 91109-7321

Fournier Group
Attn: Bankr.Dept/Managing Member
510 SW 5th Avenue, Suite 701
Portland, OR 97204

FSG Lawyers PC
Attn: James D. Stroffe, Esq.
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612-2425

Full Tilt Capital, LLC
Attn: Anthony Pompliano
5 West Hargett St, Suite 1101
Raleigh, NC 27601

Gerald B. Apel
1037 Keys Dr.
Boulder City, NV 89005

Goldstein & Associates Inc.
Attn: Bankr.Dept/Managing Member
10940 Wilshire Blvd., Ste. 600
Los Angeles, CA 90024

Goodwin Proctor LLP
Attn: Bankr.Dept/Managing Member
100 Northern Avenue
Boston, MA 02210

Grainger
Attn: Bankr.Dept/Managing Member
PO Box 419267
Kansas City, MO 64141-6267

Greenberg Traurig
Attn: Managing Member
10845 Griffith Peak Drive
Las Vegas, NV 89135

Gregory P. Murphy
6327 SW Capitol Highway
Portland, OR 97239

H1 Law Group
Attn: Eric Hone, Esq.
701 N. Green Valley Pkwy, Suite 20
Henderson, NV 89074

Handy & Reagan, LLC
Attn: Bankr.Dept/Managing Member
4550 Kruse Way, Suite 330
Lake Oswego, OR 97035

Helmut Koehn, CPA, PC
Attn: Helmut Koehn
7451 SW Coho Court, Suite 103
Tualatin, OR 97062

Honeycomb Portfolio LLC
Attn: Azita Ardakani
310 Meserole St.
Brooklyn, NY 11206

Hyman, Phelps & McNamara
Attn: Bankr.Dept/Managing Member
700 Thirteenth Street, NW
Washington, DC 20005-5929

InCorp Services Inc.
Attn: Bankr.Dept/Managing Member
PO Box 94438
Las Vegas, NV 89193-4438

Intero Life Sciences, LLC
Attn: Bankr.Dept/Managing Member
568 N. Serenity Hill Circle
Chapel Hill, NC 27516

IPFS Corporation
Attn: Bankr.Dept/Managing Member
3522 Thomasville Road Ste.400
Tallahassee, FL 32309

ITEC, LLC
Attn: Bankr.Dept/Managing Member
Mr. James Brophy Pres.
5125 Broadmore Drive
Independence, MN 55359

James River Insurance Co.
Attn: Richard J. Schmitzer, Preside
6641 W Broad St #300
Richmond, VA 23230

Jeffrey Schumacher
836 Marina Dr.
Boulder City, NV 89005-1119

LabCorp
Attn: Bankr.Dept/Managing Member
PO Box 12140
Burlington, NC 27216-2140

Larson & Zirzow, LLC
Attn: Matthew C. Zirzow, Esq.
850 E. Bonneville Ave.
Las Vegas, NV 89101

Larson O'Brien LLP
Attn: Bankr.Dept/Managing Member
555 South Flower Street, Ste. 4400
Los Angeles, CA 90071

Leason Ellis
Attn: Bankr.Dept/Managing Member
One Barker Avenue, Fifth Floor
White Plains, NE 10601-1526

Liquid Gold, LLC
c/o Womble Bond Dickinson (US) LL
Attn: Nicholas T. Verna, Esq.
1313 N. Market St., Suite 1200
Wilmington, DE 19801

M2 Lease Funds, LLC
Attn: Managing Agent
1175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045

Marie Boone-Clark
38600 N. 102nd Street
Scottsdale, AZ 85262

Markowitz Herbold PC
Attn: Bankr.Dept/Managing Member
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730

Martin Villafana
3055 Degan Drive.
Bonita, CA 91902

Mary Horlock
c/o Medolac Laboratories, PBC
11031 Boulder City Pkwy
Boulder City, NV 89005

Mary Jane Frincke
1267 Eastside Road
El Cajon, CA 92020-1418

Massachusetts Dep't of Revenue
100 Cambridge St., 2nd Floor
Boston, MA 02114

McCarter & English, LLP
Attn: Bankr.Dept/Managing Member
Four Gateway Center 100 Mulberry Street
Newark, NJ 07102

McDonald & Wetle, Inc.
Attn: Bankr.Dept/Managing Member
2020 NE 194th Street
Portland, OR 97230

Michael Morris
33175 Temecula Parkway A627
Temecula, CA 92592

Mothers Milk Cooperative, Inc.
Attn: Thomas Kalchik
524 S. Shaw Lane, Room 101
East Lansing, MI 48824

Navitas Credit Corp.
Attn: Managing Agent/Bankrupcy De
203 Fort Wade Rd., Suite 300
Ponte Vedra, FL 32081

Neway Packaging Corporation
Attn: Bankr.Dept/Managing Member
PO Box 102236
Pasadena, CA 91189-2236

Nutrispectives
Attn: Bankr.Dept/Managing Member
2424 S. Manito Blvd.
Spokane, WA 99203

O'Reilly Law Group, LLC
Attn: John F. O'Reilly, Esq.
325 S. Maryland Parkway
Las Vegas, NV 89101

Pamela Moffat PD
33004 Christina Drive
Dana Point, CA 92629

Paul Feldstein
360 Paseo Pacifica
Encinitas, CA 92024

Paul Singleton
11451 Shippigan Way
Cypress, CA 90630

Polar Leasing Inc.
Attn: Bankr.Dept/Managing Member
4410 New Haven Avenue
Fort Wayne, IN 46803

Porter Wright Morrris & Arthur, LLP
Attn: Bankr.Dept/Managing Member
41 South High Street Suites. 2800-3200
Columbus, OH 43215-6194

Prolacta Bioscience, Inc.
Attn: Scott A. Elster, CEO
757 Baldwin Park Blvd.
Duarte, CA 91010

Proleadsoft Inc.
Attn: Bankr.Dept/Managing Member
78 Abbott Avenue
Daly City, CA 94014

QBE Speciality Insurance Co.
c/o CT Corporation
Attn: Managing Agent
314 E. Thayer Ave.
Bismarck, ND 58501

RayBiotech 2013
Attn: Bankr.Dept/Managing Member
3607 Parkway Lane Suite 100
Norcross, GA 30092

Regents of Univ. of California
Attn: Bankr.Dept/Managing Member
9500 Gilman Dr. #0687
La Jolla, CA 92093

Regents of Univ. of Minnesota
Attn: Bankr.Dept/Managing Member
5960, PO Box 1450
Minneapolis, MN 55485-5960

Richard A. Halfpenny Concept
Design Building Group Inc.
Attn: Bankr.Dept/Managing Member
2471 April Breeze Lane
Henderson, NV 89002

Richardson & Associates
Attn:  Mark J Richardson Esq.
1453 Third Street Promenade
Santa Monica, CA 90401

RNA Advisors LLC
Attn: Bankr.Dept/Managing Member
1350 Treat Blvd., Ste. 290
Walnut Creek, CA 94597

Kreen Laboratories
Attn: Bankr.Dept/Managing Member
P.O. Box 96314
Chicago, IL 60693-6314

Rutan & Tucker LLP
Attn: Milford W. Dahl, Jr., Esq.
18575 Jamboree Rd., 9th Floor
Irvine, CA 92612

Scientific Distrib LLC
Attn: Bankr.Dept/Managing Member
dba Nurnberg Scientific
PO Box 408 Lake
Oswego, OR 97034

Security National Insurance Co.
Attn:  Christophr H. Foy, President
800 Superior Avenue East, 21st Floo
Cleveland, OH 44114

Shani Diggs
1465 Forest Drive
Akron, OH 44312

Sheppard Mullin
12275 El Camino Real Suite 200
San Diego, CA 92130-2006

SHGINS Insurance Solutions, LLC
Attn:  Managing Agent
2948 Nojoqui Ave., #2
Los Olivos, CA 93441

Sidley Austin LLP
Attn: Bankr.Dept/Managing Member
P.O. Box 0642
Chicago, IL 60690

Slater H. Lawrence
c/o William R. Mitchell, Inc.
Attn:  William R. Mitchell, Esq.
101 Pacifica, Suite 155
Irvine, CA 92618

Stearns Bank, N.A.
Attn:  Managing Agent
500 13th St.
P.O. Box 77750
Albany, MN 56307

Stris & Maher LLP
Attn: Bankr.Dept/Managing Member
725 S Figueroa St # 1830
Los Angeles, CA 90017

Sullivan, Hazeltine, Allinson LLC
Attn: William D. Sullivan, Esq.
919 N. Market Street, Ste. 420
Wilmington, DE 19801

Sunstate Equipment Co.
Attn: Bankr.Dept/Managing Member
PO Box 208439
Dallas, TX 75320-8439

Synergy Legal
Attn: Bankr.Dept/Managing Member
1235 SE Morrison Street, 2nd Floor
Portland, OR 97214

Targeted Lease Capital
Attn:  Managing Agent
5500 Main St., Suite 300
Buffalo, NY 14221

Targeted Lease Capital LLC
Attn:  Managing Agent
5500 Main St., Suite 300
Buffalo, NY 14221

Terminix Processing Center
Attn: Bankr.Dept/Managing Member
PO Box 742592
Cincinnati, OH 45274-2592

Therapak Corporation
Attn: Bankr.Dept/Managing Member
PO Box 843765
Los Angeles, CA 90084-3765

Thermo Fisher Financial #1
Attn: Bankr.Dept/Managing Member
PO Box 41602
Philadelphia, PA 19101-1602

Thermo Fisher Financial #2
Attn:  Managing Agent
168 Third Ave.
Waltham, MA 02451

ThermoFisher Financial Services, Inc.
Attn:  Managing Agent
168 Third Ave.
Waltham, MA 02451

TLM Consulting Group, Inc.
Attn: Bankr.Dept/Managing Member
3225 McLeod Drive, Ste. 100
Las Vegas, NV 89121

Travelers/Charter Oak Fire Ins. Co.
Attn:  Managing Agent
One Tower Square
Hartford, CT 06183

U.S. Small Business Admin. - EIDL
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., W
Washington, DC 20416

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Age
409 3rd St., W
Washington, DC 20416

Uline
Attn: Bankr.Dept/Managing Agent
12575 Uline Drive
Pleasant Prairie, WI 53158

Ullmers Dairy Equipment Inc.
Attn: Bankr.Dept/Managing Member
8628 N. Brown County Line Road
Pulaski, WI 54162

UnitedHealthcare
Attn: Bankr.Dept/Managing Member
PO Box 94017
Palatine, IL 60094-4017

Victor Pulver (Deceased)
9633 Oakdale Ave
Chatsworth, CA 91311

Videojet Technologies, Inc.
Attn: Bankr.Dept/Managing Member
12113 Collection Center Drive
Chicago, IL 60693

VWR International, LLC
Attn: Bankr.Dept/Managing Member
PO Box 640169
Pittsburgh, PA 15264-0169

WaterSep Technology
Attn: Bankr.Dept/Managing Member
420 Maple Street, Ste. 1
Marlboro, MA 01752

Western Institutional Review Board
Attn: Bankr.Dept/Managing Member
1019 39th Avenue SE, Suite 120
Puyallup, WA 98374-2115

Woodbury Law
Attn: Rodney S. Woodbury, Esq.
50 S. Stephanie Street Suite 201
Henderson, NV 89012

XACT, Inc.
Attn: Managing Agent
7755 Montgomery Road
Cincinnati, OH 45236

Abbott Laboratories
Attn: Hubert L. Allen, Gen. Counsel
100 Abbott Park Rd.
Abbott Park, IL 60064

Alta Partners
Attn: Dan Janney
4 Embarcadero Ctr., Suite 2100
San Francisco, CA 94111

American Benefits, Inc.
Attn: James J. Hisatomi, President
4800 SW Griffith Dr #300
Beaverton, OR 97005

American Medical Concepts
Attn: Bankrupcy Dept/Managing Agent
28050 SW Boberg Rd.
Wilsonville, OR 97070

Berry Investment, LLC
Attn: Andrew W. Berrey
1185 Jeffers Lane
Sandpoint, ID 83864

Brickhouse Capital, LLC
c/o Tiffany Christiason, Reg. Agent
8161 E. Indian Bend Rd., Suite 103
Scottsdale, AZ 85250

Connie Burnett-Ferraro
515 Northridge Dr.
Boulder City, NV 89005

Evolve BioSystems, Inc.
Attn: Timothy B. Brown, CEO
2121 2nd St., Suite C108
Davis, CA 95618

Fennemore Craig, P.C.
Attn: Mark Hawkins, Esq.
300 S. Fourth St., Suite 1400
Las Vegas, NV 89101

Greater Nevada Credit Union
Attn: Managing Agent/Bankruptcy Dep't
P.O. Box 2128
Carson City, NV 89702

Hallie Stohler
1801 La Cima
San Clemente, CA 92672

James River Insurance Co.
Attn: Richard J. Schmitzer, President
P.O. Box 27648
Richmond, VA 23261-7468

Joseph Amato
2857 Paradise Rd., Unit 2801
Las Vegas, NV 89109

Liquid Gold, LLC
c/o RSW Consultants, LLC
Attn: Robert Whitehead, Manager
188 Golden Gate Point #102
Sarasota, FL 34236

Morrison & Foerster, LLP
Attn: Matthew A. Chivvis, Esq.
425 Market St.
San Francisco, CA 94105

Nevada Attorney General's Office
Grant Sawyer State Office Building
555 E. Washington Ave. #3900
Las Vegas, NV 89101

Nevada Dept. of Taxation
Grant Sawyer Office Building
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Nevada State Health Division
3811 W Charleston Blvd #104
Las Vegas, NV 89102

Ni-Q, LLC
Attn: Brent Houston
28050 SW Boberg Rd.
Wilsonville, OR 97070

Par Sandqvist
1381 Adagietto Dr.
Henderson, NV 89052

Prolacta Bioscience, Inc.
c/o McCarthy & Kroes
125 E. Victoria St., Suite A
Santa Barbara, CA 93101

Prolacta Bioscience, Inc.
c/o CSC, as Registered Agent
1800 Highland Ave
Duarte, CA 91010

Raymond Pelvyak
26096 Kornblum Dr.
Escondido, CA 92026

Regents of the Univ. of California
Attn:  Charles F. Robinson, Gen. Counsel
1111 Franklin St., 8th Fl.
Oakland, CA 94607

Robert B. Fannon
27239 Red Maple St.
Murrieta, CA 92562

U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250


U.S. Food and Drug Admin.
10902 New Hampshire Ave.
Silver Spring, MD 20993-0002

U.S. Small Business Admin.
Nevada District Office
Attn:  Joseph Amato, Director
300 South 4th St., Suite 400
Las Vegas, NV 89101

U.S. Small Business Admin.
SBA Disater Loan Service Center
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652


William R. Mitchell, Inc.
Attn: William R. Mitchell
1 Venture, Ste. 235
Irvine, CA 92618

Winston & Strawn LLP
Attn: Nimalka Wickramasekera, Esq.
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071

XACT, Inc.
c/o Hand & Sullivan, LLC
Attn:  George F. Hand, Esq.
3442 Noth Buffalo Dr.
Las Vegas, NV 89129


Adamkin, David
9109 Brookwood Path
Louisville, KY 40241

Andrews, Karen
2 Simmons Lane
Greenwich, CT 06830

Benawara, Raghbir S.
4206 Terri Lyn Lane
Northbrook, IL 60062


Berkman, Marvin
4512 Spring Blvd.
Eugene, OR 97405

Berkman. Marvin
4512 Spring Blvd.
Eugene, OR 97405

Bertolone, Kristen E.
754 Avenue B
Redondo Beach, CA 90277


Bertolone, Mark
1311 Lexington Road
Louisville, KY 40205

Bertolone, Paul Michal
763 North Hite Avenue
Unit #1
Louisville, KY 40206

Bertolone, Salvatore Brian
1578 Jasmine Street
Denver, CO 80220


Bertolone, Salvatore J.
2801 Rainbow Drive
Louisville, KY 40206

Bhutani, Vinod and Shalini
735 Mayfield Avenue
Stanford, CA 94305

Bucino, John J.
10 Rio Vista Drive
Louisville, KY 40207


Bucino, Joseph J.
2231 Aryness Drive
Vienna, VA 22181

Bull, Steven
1760 Steel Street,
Unit 4209
Louisville, CO 80027

Chandler, Barry
10080 150th Court North
Jupiter, FL 33478


Cook Family Trust
c/o Thomas Cook, Trustee
2011 Woodford Place
Louisville, KY 40205

Cook, Thomas
2011 Woodford Place
Louisville, KY 40205

Davidson, Jim
523 S. Gilpin Street
Denver, CO 80209


Dehler, George
6903 Timberwood Circle
Crestwood, KY 40014

Dehler, Steve
4231 Green Haven Lane
Goshen, KY 40026

Diamond, Mark & Laura
24980 Terreno Drive
Temecula, CA 92590

Doan, Al
4105 SW State Rt. D
Kingston, MO 64650

Donatelli, Frank
900 N. Washington Street
#203E
Alexandria, VA 22314

Donatelli, Rebecca
7375 Sherwood Drive
Huntington Beach, CA 92648

Donn, Steven
5712 Woodridge Court
Ann Arbor, MI 48103

Donn, Steven and Paula
5712 Woodridge Court
Ann Arbor, MI 48103

Fanaroff, Avroy
13909 LeHavre Drive
Palm Beach Gardens, FL 33410

Farrand, Suzanne
13181 Millcroft Court
San Diego, CA 92130

Feldstein Family Trust
360 Paseo Pacifica
Encinitas, CA 92024

Feldstein Family Trust
Attn: Pal Feldstein
360 Paseo Pacifica
Encinitas, CA 92024

Five Islands
10 Norman Street
Fairy Meadow NSW 2519, Australia

Ford, Gordon
c/o Crosslink Life Sciences
1880 Beaver Ridge Cir.
Norcross, GA 30071

Hall, Sue
145 N. Crimea Street
Ventura, CA 93001

Hawkins, Duane
9362 E Wilson Estates Ct.
Wichita, KS 67206

Hawkins, JD (Doug)
1029 S. Hughes Street
Hamilton, MO 64644

Hayes, Wayne
38619 Donigan Road
Brookshire, TX 77423

Houston, Bill and Susan
21630 SW Stafford Road
Tualatin, OR 97062

Hubbard, John
527 Club Lane
Louisville, KY 40207

Hughes, Doug
9616 Beechwood Dr., NW
Gig Harbor, WA 98332

Keen Growth Capital
Attn: Jerry Bello, Mng. Partner
513 Main St.
Windermere, FL 34786

Keen Investments
513 Main St.
Windermere, FL 34786

Kell, Alterman & Runstein, L.L.P.
Attn: Bankr. Dep't/Managing Agent
520 SW Yamhill, Suite 600
Portland, OR 97204

Koncurat, Pierre
820 Gristmill Lane
Westchester, PA 19380

Le, Tao
1011 Driftwood Lane
Elizabethtown, KY 42701

Makler, B
c/o Medolac Laboratories, PBC
1031 Boulder City Pkwy.
Boulder City, NV 89005

Medo, Elena M
c/o Medolac Laboratories, PBC
1031 Boulder City Pkwy.
Boulder City, NV 89005

Medo, Jennifer
c/o Medolac Laboratories, PBC
1031 Boulder City Pkwy.
Boulder City, NV 89005

Miller, James
516 Waterview Place
New Hope, PA 18938

Mischler, Frederick
712 Kyle Lane
Lower Gwynedd, PA 19002

Mischler, John and Sherry
2864 Limekin Pike
Glenside, PA 19038

Mischler, Mark
1405 Grasshopper Road
Huntington Valley, PA 19006

Monahan, Vincent
5, Cois Ri, Top Rd., Strandhill
Co. Sligo, Ireland
F91 Y625

Monahan, Yvette
17, Strand Road, Sandymount
Dublin 4, Ireland

Morris, Mike
33175 Temecula Parkway
A627
Temecula, CA 92592

N & H Ent, LLC, Attn: Nga T. Le
116 Bates Road
Elizabethtown, KY 42701

Nasief, Edmund
10814 Meeting Street
Prospect, KY 40059

Neugold, Doug
70 North Street
Goshen, CT 06756

Nguyen, Yung
1701 Gilgal Road
Turners Station, KY 40075

Rampton, John
13512 Aintree Avenue
Draper, UT 84020

Stackle, James and Jennifer
2168 Avenida Toronja
Carlsbad, CA 92009

The Glen F. Raque 2012 Gift Trust
8907 Dolls Eyes Street
Louisville, KY 40059

The Sue Lyddon Hall Family Trust
145 N.Crimea St
Ventura, CA 93001

Wallsmith, Jim and Kay
12601 Tealwood Dr.
Indianapolis, IN 46236