Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Donald H. Cram, Esq.
SEVERSON & WERSON, APC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
dhc@severson.com
(*pro hac vice* to be submitted)

*Attorneys for Doug Hughes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MEDOLAC LABORATORIES, a public benefit corporation,<br><br>Debtor. | Case No.: 21-11271-abl<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel to DOUG HUGHES ("Hughes"), interested party in the chapter 11 case of the above-captioned debtor (the "Debtor"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code section 342, Hughes requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

McDONALD CARANO LLP
Ryan J. Works, Esq.
Amanda M. Perach, Esq.
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Donald H. Cram, Esq.
SEVERSON & WERSON, APC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
dhc@severson.com
(*pro hac vice* to be submitted)

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Hughes or any other party in interest in these cases, including (a) the Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of Hughes or others that the Debtor may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Hughes or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Hughes (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under

4820-7381-8337, v. 1

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 18th day of March, 2021.

McDONALD CARANO LLP

By: */s/ Amanda M. Perach*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

SEVERSON & WERSON, APC
Donald H. Cram, Esq.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
dhc@severson.com
(*pro hac vice* to be submitted)

*Attorneys for Doug Hughes*

4820-7381-8337, v. 1