UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION | CASE NO: 21-11271-ABL<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 7 |

On 3/18/2021, I did cause a copy of the following documents, described below,

Notice of Appointment of Subchapter V Trustee and Verified Statement of Subchapter V Trustee ECF Docket Reference No. 7

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/18/2021

/s/ Monette Semana
Monette Semana .
Paralegal Specialist
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH SUITE 4300
LAS VEGAS, NV  89101
702 388 6600

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION | CASE NO: 21-11271-ABL<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 7 |

On 3/18/2021, a copy of the following documents, described below,

Notice of Appointment of Subchapter V Trustee and Verified Statement of Subchapter V Trustee ECF Docket Reference No. 7

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2021



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Monette Semana
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH SUITE 4300
LAS VEGAS, NV  89101

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS | CASE INFO |
|---|---|---|
| BRIAN SHAPIRO<br>510 S 8TH STREET<br>LAS VEGAS NV 89101 | HONORABLE AUGUST B LANDIS<br>300 LAS VEGAS BLVD SOUTH STE 4000<br>LAS VEGAS NV 89101 | LABEL MATRIX FOR LOCAL NOTICING<br>09782<br>CASE 21-11271-ABL<br>DISTRICT OF NEVADA<br>LAS VEGAS<br>THU MAR 18 09-24-01 PDT 2021 |
| DEBTOR<br>MEDOLAC LABORATORIES A PUBLIC BENEFIT CORPO<br>806 BUCHANAN BLVD STE 115228<br>BOULDER CITY NV 89005-2130 | EXCLUDE<br>UNITED STATES BANKRUPTCY COURT<br>300 LAS VEGAS BLVD SOUTH<br>LAS VEGAS NV 89101-5833 | ABBOTT LABORATORIES<br>ATTN HUBERT L ALLEN GEN COUNSEL<br>100 ABBOTT PARK RD<br>ABBOTT PARK IL 60064-3500 |
| ADAMKIN DAVID<br>9109 BROOKWOOD PATH<br>LOUISVILLE KY 40241-2417 | ADOGY<br>CO JOHN RAMPTON<br>13512 AINTREE AVENUE<br>DRAPER UT 84020-7721 | ALBERTSONS COMPANIES<br>ATTN MANAGING AGENTLEGAL DEPT<br>3834 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-0038 |
| ALBERTSONS COMPANIES<br>ATTN LEGAL DEPARTMENT<br>250 PARKCENTER BLVD<br>PO BOX 83726<br>BOISE ID 83726-0001 | ALTA PARTNERS<br>ATTN DAN JANNEY<br>4 EMBARCADERO CTR SUITE 2100<br>SAN FRANCISCO CA 94111-4128 | AMEREX INSTRUMENTS INC<br>ATTN BANKRDEPTMANAGING MEMBER<br>3951 INDUSTRIAL WAY SUITE C<br>CONCORD CA 94520-8552 |
| AMERICAN BENEFITS INC<br>ATTN JAMES J HISATOMI PRESIDENT<br>4800 SW GRIFFITH DR 300<br>BEAVERTON OR 97005-8716 | AMERICAN MEDICAL CONCEPTS<br>ATTN BANKRUPCY DEPTMANAGING AGENT<br>28050 SW BOBERG RD<br>WILSONVILLE OR 97070-7200 | ANDREWS KAREN<br>2 SIMMONS LANE<br>GREENWICH CT 06830-3300 |
| AQUATIC RESEARCH<br>ATTN BANKRDEPTMANAGING MEMBER<br>15300 BOTHWELL WAY NE<br>LAKE FORESTS PARK WA 98155-7634 | BAYNE  ASSOCIATES<br>ATTN BANKRDEPTMANAGING MEMBER<br>601 PENNSYLVANIA AVENUE NW<br>STE 900 SOUTH BUILDING<br>WASHINGTON DC 20004-2601 | BENAWARA RAGHBIR S<br>4206 TERRI LYN LANE<br>NORTHBROOK IL 60062-4941 |
| BERKMAN MARVIN<br>4512 SPRING BLVD<br>EUGENE OR 97405-4461 | BERREY INVESTMENT LLC<br>ATTN MICHAEL BERRY<br>6305 SW ROSEWOOD STREET SUITE D<br>LAKE OSWEGO OR 97035-5388 | BERRY INVESTMENT LLC<br>ATTN ANDREW W BERREY<br>1185 JEFFERS LANE<br>SANDPOINT ID 83864-8469 |
| BERTOLONE KRISTEN E<br>754 AVENUE B<br>REDONDO BEACH CA 90277-4831 | BERTOLONE MARK<br>1311 LEXINGTON ROAD<br>LOUISVILLE KY 40204-1123 | BERTOLONE PAUL MICHAL<br>763 NORTH HITE AVENUE<br>UNIT 1<br>LOUISVILLE KY 40206-3232 |
| BERTOLONE SALVATORE BRIAN<br>1578 JASMINE STREET<br>DENVER CO 80220-1535 | BERTOLONE SALVATORE J<br>2801 RAINBOW DRIVE<br>LOUISVILLE KY 40206-2935 | BHUTANI VINOD AND SHALINI<br>735 MAYFIELD AVENUE<br>STANFORD CA 94305-1000 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BIOMERIEUX INC                        BOLY WELCH                            BOULDER CITY DISPOSAL
ATTN BANKRDEPTMANAGING MEMBER         ATTN BANKRDEPTMANAGING MEMBER         ATTN BANKRDEPTMANAGING MEMBER
PO BOX 500308                         920 SW SIXTH AVENUE SUITE 100         PO BOX 61288
ST LOUIS MO 63150-0308                PORTLAND OR 97204-1207                BOULDER CITY NV 89006-1288


BRICKHOUSE CAPITAL LLC                BUCINO JOHN J                         BUCINO JOSEPH J
CO TIFFANY CHRISTIASON REG AGENT      10 RIO VISTA DRIVE                    2231 ARYNESS DRIVE
8161 E INDIAN BEND RD SUITE 103       LOUISVILLE KY 40207-1510              VIENNA VA 22181-3047
SCOTTSDALE AZ 85250-4828


BULL STEVEN                           CALIFORNIA FRANCHISE TAX BOARD        CALIFORNIA SECRETARY OF STATE
1760 STEEL STREET                     PO BOX 942857                         ATTN BANKRDEPTMANAGING MEMBER
UNIT 4209                             SACRAMENTO CA 94257-0500              PO BOX 944228
LOUISVILLE CO 80027-8540                                                    SACRAMENTO CA 94244-2280


CALIFORNIA STRATEGIES  ADVOCACY LLC   CENTURYLINK                           CHANDLER BARRY
ATTN BANKRDEPTMANAGING MEMBER         ATTN BANKRDEPTMANAGING AGENT          10080 150TH COURT NORTH
980 NINTH STREET SUITE 2000           100 CENTURYLINK DRIVE                 JUPITER FL 33478-6857
SACRAMENTO CA 95814-2739              MONROE LA 71203-2041


CHENOWETH LAW GROUP PC                CIDA                                  CITY OF BOULDER CITY
ATTN BRIAN D CHENOWETH ESQ            ATTN BANKRDEPTMANAGING MEMBER         ATTN BANKRDEPTMANAGING MEMBER
510 SW FIFTH AVE 4TH FLOOR            15895 SW 72ND AVE SUITE 200           401 CALIFORNIA AVENUE
PORTLAND OR 97204-2115                PORTLAND OR 97224-7984                BOULDER CITY NV 89005-2600


CLARK COUNTY ASSESSOR                 CLARK COUNTY TREASURER                COLD TECH REFRIGERATION
CO BANKRUPTCY CLERK                   CO BANKRUPTCY CLERK                   ATTN BANKRDEPTMANAGING MEMBER
500 S GRAND CENTRAL PKWY              500 S GRAND CENTRAL PKWY              PO BOX 33686
BOX 551401                            PO BOX 551220                         LAS VEGAS NV 89133-3686
LAS VEGAS NV 89155-4502               LAS VEGAS NV 89155-1220


COLE INDUSTRIAL INC                   CONNIE BURNETT FERRARO                COOK FAMILY TRUST
ATTN BANKRDEPTMANAGING MEMBER         515 NORTHRIDGE DR                     CO THOMAS COOK TRUSTEE
5924 203RD ST SW                      BOULDER CITY NV 89005-2801            2011 WOODFORD PLACE
LYNNWOOD WA 98036-6284                                                      LOUISVILLE KY 40205-1929


COOK THOMAS                           CRESTMARK VENDOR FINANCE              DAVIDSON JIM
2011 WOODFORD PLACE                   ATTN MANAGING MEMBER                  523 S GILPIN STREET
LOUISVILLE KY 40205-1929              5480 CORPORATE DR STE 350             DENVER CO 80209-4509
                                      TROY MI 48098-2642


DEHLER GEORGE                         DEHLER STEVE                          DEPT OF EMPL TRAINING  REHAB
6903 TIMBERWOOD CIRCLE                4231 GREEN HAVEN LANE                 EMPLOYMENT SECURITY DIVISION
CRESTWOOD KY 40014-8908               GOSHEN KY 40026-8758                  500 EAST THIRD STREET
                                                                            CARSON CITY NV 89713-0002
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DIAMOND MARK  LAURA
24980 TERRENO DRIVE
TEMECULA CA 92590-3989

DOAN AL
4105 SW STATE RT D
KINGSTON MO 64650-8170

DOMINO AMJET INC
ATTN BANKRDEPTMANAGING MEMBER
3809 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0038

DOMINO AMJET INC
ATTN MANAGING AGENT
1290 LAKESIDE DR
GURNEE IL 60031-2499

DONATELLI FRANK
900 N WASHINGTON STREET
203E
ALEXANDRIA VA 22314-1227

DONATELLI REBECCA
7375 SHERWOOD DRIVE
HUNTINGTON BEACH CA 92648-7023

INTERNATIONAL
DONGGUAN SENBAO PURIFYING EQUIP CO
ATTN BANKRDEPTMANAGING MEMBER
NO 88 QIAOLANG ROAD
DONGGUAN CITY CHINA 523000

DONN STEVEN
5712 WOODRIDGE COURT
ANN ARBOR MI 48103-9338

DONN STEVEN AND PAULA
5712 WOODRIDGE COURT
ANN ARBOR MI 48103-9338

DR DAVID H ADAMKIN MD
9109 BROOKWOOD PATH
LOUISVILLE KY 40241-2417

DRINKER BIDDLE  REATH LLP
ATTN BANKRDEPTMANAGING MEMBER
ONE LOGAN SQUARE STE 2000
PHILADELPHIA PA 19103-6996

DTI PORTLAND
ATTN BANKRDEPTMANAGING MEMBER
PO BOX 204010
DALLAS TX 75320-4010

ECOLAB PEST ELIMINATION
ATTN BANKRDEPTMANAGING MEMBER
26252 NETWORK PLACE
CHICAGO IL 60673-1262

INTERNATIONAL
EINERHAND SCIENCE  INNOVATION
ATTN BANKRDEPTMANAGING MEMBER
BEATRIXLANN 9 1815 JN
ALKMAAR THE NETHERLANDS

EUROFINS DQCI LLC
ATTN BANKRDEPTMANAGING MEMBER
DEPT CH 16828
PALATINE IL 60055-6828

EVANS KRISTIN
3787 BREAKSTONE DRIVE
FAYETTEVILLE AR 72764-7260

EVOLVE BIOSYSTEMS INC
ATTN TIMOTHY B BROWN CEO
2121 2ND ST SUITE C108
DAVIS CA 95618-6567

FANAROFF AVROY
13909 LEHAVRE DRIVE
PALM BEACH GARDENS FL 33410-1251

FARRAND SUZANNE
13181 MILLCROFT COURT
SAN DIEGO CA 92130-1824

FEDERAL EXPRESS 6349 4561 0
ATTN BANKRDEPTMANAGING MEMBER
PO BOX 7221
PASADENA CA 91109-7321

FELDSTEIN FAMILY TRUST
360 PASEO PACIFICA
ENCINITAS CA 92024-3644

FELDSTEIN FAMILY TRUST
ATTN PAL FELDSTEIN
360 PASEO PACIFICA
ENCINITAS CA 92024-3644

FENNEMORE CRAIG PC
ATTN MARK HAWKINS ESQ
300 S FOURTH ST SUITE 1400
LAS VEGAS NV 89101-6021

INTERNATIONAL
FIVE ISLANDS
10 NORMAN STREET
FAIRY MEADOW NSW 2519 AUSTRALIA

FORD GORDON
CO CROSSLINK LIFE SCIENCES
1880 BEAVER RIDGE CIR
NORCROSS GA 30071-3833

FOURNIER GROUP
ATTN BANKRDEPTMANAGING MEMBER
510 SW 5TH AVENUE SUITE 701
PORTLAND OR 97204-2140

FSG LAWYERS PC
ATTN JAMES D STROFFE ESQ
19800 MACARTHUR BLVD SUITE 1100
IRVINE CA 92612-2440

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FULL TILT CAPITAL LLC                  GERALD B APEL                          GOLDSTEIN  ASSOCIATES INC
ATTN ANTHONY POMPLIANO                 1037 KEYS DR                           ATTN BANKRDEPTMANAGING MEMBER
5 WEST HARGETT ST SUITE 1101           BOULDER CITY NV 89005-1126             10940 WILSHIRE BLVD STE 600
RALEIGH NC 27601-1357                                                         LOS ANGELES CA 90024-3940



GOODWIN PROCTOR LLP                    GRAINGER                               GREATER NEVADA CREDIT UNION
ATTN BANKRDEPTMANAGING MEMBER          ATTN BANKRDEPTMANAGING MEMBER          ATTN MANAGING AGENTBANKRUPTCY DEP
100 NORTHERN AVENUE                    PO BOX 419267                          PO BOX 2128
BOSTON MA 02210-1982                   KANSAS CITY MO 64141-6267              CARSON CITY NV 89702-2128



GREENBERG TRAURIG                      GREGORY P MURPHY                       H1 LAW GROUP
ATTN MANAGING MEMBER                   6327 SW CAPITOL HIGHWAY                ATTN ERIC HONE ESQ
10845 GRIFFITH PEAK DRIVE              PORTLAND OR 97239-2190                 701 N GREEN VALLEY PKWY SUITE 200
LAS VEGAS NV 89135-1553                                                       HENDERSON NV 89074-6178



HALL SUE                               HALLIE STOHLER                         HANDY  REAGAN LLC
145 N CRIMEA STREET                    1801 LA CIMA                           ATTN BANKRDEPTMANAGING MEMBER
VENTURA CA 93001-2132                  SAN CLEMENTE CA 92672-2319             4550 KRUSE WAY SUITE 330
                                                                              LAKE OSWEGO OR 97035-3584



HAWKINS DUANE                          HAWKINS JD DOUG                        HAYES WAYNE
9362 E WILSON ESTATES CT               1029 S HUGHES STREET                   38619 DONIGAN ROAD
WICHITA KS 67206-4417                  HAMILTON MO 64644-7252                 BROOKSHIRE TX 77423-8391



HELMUT KOEHN CPA PC                    HONEYCOMB PORTFOLIO LLC                HOUSTON BILL AND SUSAN
ATTN HELMUT KOEHN                      ATTN AZITA ARDAKANI                    21630 SW STAFFORD ROAD
7451 SW COHO COURT SUITE 103           310 MESEROLE ST                        TUALATIN OR 97062-8726
TUALATIN OR 97062-9292                 BROOKLYN NY 11206-1733



HUBBARD JOHN                           HUGHES DOUG                            HYMAN PHELPS  MCNAMARA
527 CLUB LANE                          9616 BEECHWOOD DR NW                   ATTN BANKRDEPTMANAGING MEMBER
LOUISVILLE KY 40207-1406               GIG HARBOR WA 98332-6323               700 THIRTEENTH STREET NW
                                                                              WASHINGTON DC 20005-5929



INCORP SERVICES INC                    INTERNAL REVENUE SERVICE               INTERO LIFE SCIENCES LLC
ATTN BANKRDEPTMANAGING MEMBER          ATTN BANKRUPTCY DEPTMANAGING AGENT     ATTN BANKRDEPTMANAGING MEMBER
PO BOX 94438                           PO BOX 7346                            568 N SERENITY HILL CIRCLE
LAS VEGAS NV 89193-4438                PHILADELPHIA PA 19101-7346             CHAPEL HILL NC 27516-0467



IPFS CORPORATION                       ITEC LLC                               JAMES RIVER INSURANCE CO
ATTN BANKRDEPTMANAGING MEMBER          ATTN BANKRDEPTMANAGING MEMBER          ATTN RICHARD J SCHMITZER PRESIDENT
3522 THOMASVILLE ROAD STE400           MR JAMES BROPHY PRES                   6641 W BROAD ST 300
TALLAHASSEE FL 32309-3488              5125 BROADMORE DRIVE                   RICHMOND VA 23230-1728
                                       INDEPENDENCE MN 55359-9353
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


JAMES RIVER INSURANCE CO                JEFFREY SCHUMACHER                       JOSEPH AMATO
ATTN RICHARD J SCHMITZER PRESIDENT      836 MARINA DR                            2857 PARADISE RD UNIT 2801
PO BOX 27648                            BOULDER CITY NV 89005-1119               LAS VEGAS NV 89109-9036
RICHMOND VA 23261-7648




KEEN GROWTH CAPITAL                     KEEN INVESTMENTS                         KELL ALTERMAN   RUNSTEIN LLP
ATTN JERRY BELLO MNG PARTNER            513 MAIN ST                              ATTN BANKR DEPTMANAGING AGENT
513 MAIN ST                             WINDERMERE FL 34786-3546                 520 SW YAMHILL SUITE 600
WINDERMERE FL 34786-3546                                                         PORTLAND OR 97204-1329




KONCURAT PIERRE                         LABCORP                                  LARSON   ZIRZOW LLC
820 GRISTMILL LANE                      ATTN BANKRDEPTMANAGING MEMBER            ATTN MATTHEW C ZIRZOW ESQ
WESTCHESTER PA 19380-6428               PO BOX 12140                             850 E BONNEVILLE AVE
                                        BURLINGTON NC 27216-2140                 LAS VEGAS NV 89101-7031




LARSON OBRIEN LLP                       LE TAO                                   LEASON ELLIS
ATTN BANKRDEPTMANAGING MEMBER           1011 DRIFTWOOD LANE                      ATTN BANKRDEPTMANAGING MEMBER
555 SOUTH FLOWER STREET STE 4400        ELIZABETHTOWN KY 42701-5558              ONE BARKER AVENUE FIFTH FLOOR
LOS ANGELES CA 90071-2416                                                        WHITE PLAINS NE 10601-1526




LIQUID GOLD LLC                         LIQUID GOLD LLC                          M2 LEASE FUNDS LLC
CO RSW CONSULTANTS LLC                  CO WOMBLE BOND DICKINSON US LLP          ATTN MANAGING AGENT
ATTN- ROBERT WHITEHEAD MANAGER          ATTN- NICHOLAS T VERNA ESQ               1175 N PATRICK BLVD SUITE 140
188 GOLDEN GATE POINT 102               1313 N MARKET ST SUITE 1200              BROOKFIELD WI 53045
SARASOTA FL 34236-6896                  WILMINGTON DE 19801-6103




MAKLER B                                MARIE BOONE CLARK                        MARKOWITZ HERBOLD PC
CO MEDOLAC LABORATORIES PBC             38600 N 102ND STREET                     ATTN BANKRDEPTMANAGING MEMBER
1031 BOULDER CITY PKWY                  SCOTTSDALE AZ 85262-3051                 1211 SW FIFTH AVENUE SUITE 3000
BOULDER CITY NV 89005-1815                                                       PORTLAND OR 97204-3730




MARTIN VILLAFANA                        MARY HORLOCK                             MARY JANE FRINCKE
3055 DEGAN DRIVE                        CO MEDOLAC LABORATORIES PBC              1267 EASTSIDE ROAD
BONITA CA 91902-2106                    11031 BOULDER CITY PKWY                  EL CAJON CA 92020-1418
                                        BOULDER CITY NV 89005




MASSACHUSETTS DEPT OF REVENUE           MCCARTER   ENGLISH LLP                   MCDONALD   WETLE INC
100 CAMBRIDGE ST 2ND FLOOR              ATTN BANKRDEPTMANAGING MEMBER            ATTN BANKRDEPTMANAGING MEMBER
BOSTON MA 02114-2509                    FOUR GATEWAY CENTER 100 MULBERRY STREET  2020 NE 194TH STREET
                                        NEWARK NJ 07102                          PORTLAND OR 97230-7442




MEDO ELENA M                            MEDO JENNIFER                            MICHAEL MORRIS
CO MEDOLAC LABORATORIES PBC             CO MEDOLAC LABORATORIES PBC              33175 TEMECULA PARKWAY A627
1031 BOULDER CITY PKWY                  1031 BOULDER CITY PKWY                   TEMECULA CA 92592-7310
BOULDER CITY NV 89005-1815              BOULDER CITY NV 89005-1815
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MILLER JAMES<br>516 WATERVIEW PLACE<br>NEW HOPE PA 18938-2257 | MISCHLER FREDERICK<br>712 KYLE LANE<br>LOWER GWYNEDD PA 19002-2531 | MISCHLER JOHN AND SHERRY<br>2864 LIMEKIN PIKE<br>GLENSIDE PA 19038-2283 |
| MISCHLER MARK<br>1405 GRASSHOPPER ROAD<br>HUNTINGTON VALLEY PA 19006-5805 | INTERNATIONAL<br>MONAHAN VINCENT<br>5 COIS RI TOP RD STRANDHILL<br>CO SLIGO IRELAND<br>F91 Y625 | INTERNATIONAL<br>MONAHAN YVETTE<br>17 STRAND ROAD SANDYMOUNT<br>DUBLIN 4 IRELAND |
| MORRIS MIKE<br>33175 TEMECULA PARKWAY<br>A627<br>TEMECULA CA 92592-7310 | MORRISON  FOERSTER LLP<br>ATTN MATTHEW A CHIVVIS ESQ<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | MOTHERS MILK COOPERATIVE INC<br>ATTN THOMAS KALCHIK<br>524 S SHAW LANE ROOM 101<br>EAST LANSING MI 48824-4509 |
| N  H ENT LLC ATTN  NGA T LE<br>116 BATES ROAD<br>ELIZABETHTOWN KY 42701-9500 | NASIEF EDMUND<br>10814 MEETING STREET<br>PROSPECT KY 40059-6533 | NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 |
| NEUGOLD DOUG<br>70 NORTH STREET<br>GOSHEN CT 06756-1511 | NEVADA ATTORNEY GENERALS OFFICE<br>GRANT SAWYER STATE OFFICE BUILDING<br>555 E WASHINGTON AVE 3900<br>LAS VEGAS NV 89101-1068 | NEVADA DEPT OF TAXATION<br>BANKRUPTCY SECTION<br>555 E WASHINGTON AVENUE 1300<br>LAS VEGAS NV 89101-1046 |
| NEVADA DEPT OF TAXATION<br>GRANT SAWYER OFFICE BUILDING<br>555 E WASHINGTON AVE 1300<br>LAS VEGAS NV 89101-1046 | NEVADA STATE HEALTH DIVISION<br>3811 W CHARLESTON BLVD 104<br>LAS VEGAS NV 89102-1846 | NEWAY PACKAGING CORPORATION<br>ATTN BANKRDEPTMANAGING MEMBER<br>PO BOX 102236<br>PASADENA CA 91189-2236 |
| NGUYEN YUNG<br>1701 GILGAL ROAD<br>TURNERS STATION KY 40075-6230 | NI Q LLC<br>ATTN BRENT HOUSTON<br>28050 SW BOBERG RD<br>WILSONVILLE OR 97070-7200 | NUTRISPECTIVES<br>ATTN BANKRDEPTMANAGING MEMBER<br>2424 S MANITO BLVD<br>SPOKANE WA 99203-2452 |
| OREILLY LAW GROUP LLC<br>ATTN JOHN F OREILLY ESQ<br>325 S MARYLAND PARKWAY<br>LAS VEGAS NV 89101-5320 | PAMELA MOFFAT PD<br>33004 CHRISTINA DRIVE<br>DANA POINT CA 92629-1040 | PAR SANDQVIST<br>1381 ADAGIETTO DR<br>HENDERSON NV 89052-6589 |
| PAUL FELDSTEIN<br>360 PASEO PACIFICA<br>ENCINITAS CA 92024-3644 | PAUL SINGLETON<br>11451 SHIPPIGAN WAY<br>CYPRESS CA 90630-5477 | POLAR LEASING INC<br>ATTN BANKRDEPTMANAGING MEMBER<br>4410 NEW HAVEN AVENUE<br>FORT WAYNE IN 46803-1650 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PORTER WRIGHT MORRIS ARTHUR LLP<br>ATTN BANKRDEPTMANAGING MEMBER<br>41 SOUTH HIGH STREET SUITES 2800-3200<br>COLUMBUS OH 43215-6194 | PROLACTA BIOSCIENCE INC<br>ATTN SCOTT A ELSTER CEO<br>757 BALDWIN PARK BLVD<br>DUARTE CA 91010 | PROLACTA BIOSCIENCE INC<br>CO CSC AS REGISTERED AGENT<br>1800 HIGHLAND AVE<br>DUARTE CA 91010-2837 |
| PROLACTA BIOSCIENCE INC<br>CO MCCARTHY KROES<br>125 E VICTORIA ST SUITE A<br>SANTA BARBARA CA 93101-2093 | PROLEADSOFT INC<br>ATTN BANKRDEPTMANAGING MEMBER<br>78 ABBOTT AVENUE<br>DALY CITY CA 94014-2139 | QBE SPECIALITY INSURANCE CO<br>CO CT CORPORATION<br>ATTN- MANAGING AGENT<br>314 E THAYER AVE<br>BISMARCK ND 58501-4018 |
| RAMPTON JOHN<br>13512 AINTREE AVENUE<br>DRAPER UT 84020-7721 | RAYBIOTECH 2013<br>ATTN BANKRDEPTMANAGING MEMBER<br>3607 PARKWAY LANE SUITE 100<br>NORCROSS GA 30092-2802 | RAYMOND PELVYAK<br>26096 KORNBLUM DR<br>ESCONDIDO CA 92026-8204 |
| REGENTS OF THE UNIV OF CALIFORNIA<br>ATTN CHARLES F ROBINSON GEN COUNSEL<br>1111 FRANKLIN ST 8TH FL<br>OAKLAND CA 94607-5201 | REGENTS OF UNIV OF CALIFORNIA<br>ATTN BANKRDEPTMANAGING MEMBER<br>9500 GILMAN DR 0687<br>LA JOLLA CA 92093-0687 | REGENTS OF UNIV OF MINNESOTA<br>ATTN BANKRDEPTMANAGING MEMBER<br>5960 PO BOX 1450<br>MINNEAPOLIS MN 55485-5960 |
| RICHARD A HALFPENNY CONCEPT<br>DESIGN BUILDING GROUP INC<br>ATTN- BANKRDEPTMANAGING MEMBER<br>2471 APRIL BREEZE LANE<br>HENDERSON NV 89002-9391 | RICHARDSON ASSOCIATES<br>ATTN MARK J RICHARDSON ESQ<br>1453 THIRD STREET PROMENADE<br>SANTA MONICA CA 90401-3419 | RNA ADVISORS LLC<br>ATTN BANKRDEPTMANAGING MEMBER<br>1350 TREAT BLVD STE 290<br>WALNUT CREEK CA 94597-8852 |
| ROBERT B FANNON<br>27239 RED MAPLE ST<br>MURRIETA CA 92562-4588 | RTECH LABORATORIES<br>ATTN BANKRDEPTMANAGING MEMBER<br>PO BOX 96314<br>CHICAGO IL 60693-6314 | RUTAN TUCKER LLP<br>ATTN MILFORD W DAHL JR ESQ<br>18575 JAMBOREE RD 9TH FLOOR<br>IRVINE CA 92612-2559 |
| SCIENTIFIC DISTRIB LLC<br>ATTN BANKRDEPTMANAGING MEMBER<br>DBA NURNBERG SCIENTIFIC<br>PO BOX 408 LAKE<br>OSWEGO OR 97034-0408 | SECURITY NATIONAL INSURANCE CO<br>ATTN CHRISTOPHR H FOY PRESIDENT<br>800 SUPERIOR AVENUE EAST 21ST FLOOR<br>CLEVELAND OH 44114-2613 | SHANI DIGGS<br>1465 FOREST DRIVE<br>AKRON OH 44312-3824 |
| SHEPPARD MULLIN<br>12275 EL CAMINO REAL SUITE 200<br>SAN DIEGO CA 92130-4092 | SHGINS INSURANCE SOLUTIONS LLC<br>ATTN MANAGING AGENT<br>2948 NOJOQUI AVE 2<br>LOS OLIVOS CA 93441-4545 | SIDLEY AUSTIN LLP<br>ATTN BANKRDEPTMANAGING MEMBER<br>PO BOX 0642<br>CHICAGO IL 60690-0642 |
| SLATER H LAWRENCE<br>CO WILLIAM R MITCHELL INC<br>ATTN- WILLIAM R MITCHELL ESQ<br>101 PACIFICA SUITE 155<br>IRVINE CA 92618-7339 | SOCIAL SECURITY ADMINISTRATION<br>ATTN BANKRUPTCY DESKMANAGING AGENT<br>PO BOX 33021<br>BALTIMORE MD 21290-3021 | STACKLE JAMES AND JENNIFER<br>2168 AVENIDA TORONJA<br>CARLSBAD CA 92009-8706 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
STEARNS BANK NATIONAL ASSOCIATION        STRIS  MAHER LLP                       SULLIVAN HAZELTINE ALLINSON LLC
ATTN LEGAL DEPARTMENT                    ATTN BANKRDEPTMANAGING MEMBER          ATTN WILLIAM D SULLIVAN ESQ
4191 2ND STREET SOUTH                    725 S FIGUEROA ST  1830                919 N MARKET STREET STE 420
ST CLOUD MN 56301-3761                   LOS ANGELES CA 90017-2734              WILMINGTON DE 19801-3014



SUNSTATE EQUIPMENT CO                    SYNERGY LEGAL                          TARGETED LEASE CAPITAL
ATTN BANKRDEPTMANAGING MEMBER            ATTN BANKRDEPTMANAGING MEMBER          ATTN MANAGING AGENT
PO BOX 208439                            1235 SE MORRISON STREET 2ND FLOOR      5500 MAIN ST SUITE 300
DALLAS TX 75320-8439                     PORTLAND OR 97214-2462                 BUFFALO NY 14221-6753



TERMINIX PROCESSING CENTER               THE GLEN F RAQUE 2012 GIFT TRUST       THE SUE LYDDON HALL FAMILY TRUST
ATTN BANKRDEPTMANAGING MEMBER            8907 DOLLS EYES STREET                 145 NCRIMEA ST
PO BOX 742592                            LOUISVILLE KY 40059-6583               VENTURA CA 93001-2132
CINCINNATI OH 45274-2592



THERAPAK CORPORATION                     THERMO FISHER FINANCIAL 1              THERMO FISHER FINANCIAL 2
ATTN BANKRDEPTMANAGING MEMBER            ATTN BANKRDEPTMANAGING MEMBER          ATTN MANAGING AGENT
PO BOX 843765                            PO BOX 41602                           168 THIRD AVE
LOS ANGELES CA 90084-3765                PHILADELPHIA PA 19101-1602             WALTHAM MA 02451-7551



THERMOFISHER FINANCIAL SERVICES INC      TLM CONSULTING GROUP INC               TRAVELERSCHARTER OAK FIRE INS CO
ATTN MANAGING AGENT                      ATTN BANKRDEPTMANAGING MEMBER          ATTN MANAGING AGENT
168 THIRD AVE                            3225 MCLEOD DRIVE STE 100              ONE TOWER SQUARE
WALTHAM MA 02451-7551                    LAS VEGAS NV 89121-2257                HARTFORD CT 06183-0001



US DEPARTMENT OF AGRICULTURE             US FOOD AND DRUG ADMIN                 US SMALL BUSINESS ADMIN
1400 INDEPENDENCE AVE SW                 10902 NEW HAMPSHIRE AVE                NEVADA DISTRICT OFFICE
WASHINGTON DC 20250-0003                 SILVER SPRING MD 20903-1046            ATTN- JOSEPH AMATO DIRECTOR
                                                                                300 SOUTH 4TH ST SUITE 400
                                                                                LAS VEGAS NV 89101-6033


US SMALL BUSINESS ADMIN                  US SMALL BUSINESS ADMIN   EIDL         US SMALL BUSINESS ADMINISTRATION
SBA DISATER LOAN SERVICE CENTER          ATTN BANKRUPTCY DEPTMANAGING AGENT     ATTN BANKRUPTCY DEPTMANAGING AGENT
1545 HAWKINS BLVD STE 202                409 3RD ST W                           409 3RD ST W
EL PASO TX 79925-2654                    WASHINGTON DC 20416-0011               WASHINGTON DC 20416-0002



US TRUSTEE   LV   11                     ULINE                                  ULLMERS DAIRY EQUIPMENT INC
300 LAS VEGAS BOULEVARD S                ATTN BANKRDEPTMANAGING AGENT           ATTN BANKRDEPTMANAGING MEMBER
SUITE 4300                               12575 ULINE DRIVE                      8628 N BROWN COUNTY LINE ROAD
LAS VEGAS NV 89101-5803                  PLEASANT PRAIRIE WI 53158-3686         PULASKI WI 54162-9004



UNITEDHEALTHCARE                         VICTOR PULVER DECEASED                 VIDEOJET TECHNOLOGIES INC
ATTN BANKRDEPTMANAGING MEMBER            9633 OAKDALE AVE                       ATTN BANKRDEPTMANAGING MEMBER
PO BOX 94017                             CHATSWORTH CA 91311-5627               12113 COLLECTION CENTER DRIVE
PALATINE IL 60094-4017                                                          CHICAGO IL 60693-0121
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


VWR INTERNATIONAL LLC                   WALLSMITH JIM AND KAY                   WATERSEP TECHNOLOGY
ATTN BANKRDEPTMANAGING MEMBER           12601 TEALWOOD DR                       ATTN BANKRDEPTMANAGING MEMBER
PO BOX 640169                           INDIANAPOLIS IN 46236-8174              420 MAPLE STREET STE 1
PITTSBURGH PA 15264-0169                                                        MARLBORO MA 01752-6202




WESTERN INSTITUTIONAL REVIEW BOARD      WILLIAM R MITCHELL INC                  WINSTON  STRAWN LLP
ATTN BANKRDEPTMANAGING MEMBER           ATTN WILLIAM R MITCHELL                 ATTN NIMALKA WICKRAMASEKERA ESQ
1019 39TH AVENUE SE SUITE 120           1 VENTURE STE 235                       333 S GRAND AVE 38TH FL
PUYALLUP WA 98374-2118                  IRVINE CA 92618-7415                    LOS ANGELES CA 90071-1543




WOODBURY LAW                            XACT INC                                XACT INC
ATTN RODNEY S WOODBURY ESQ              ATTN MANAGING AGENT                     CO HAND  SULLIVAN LLC
50 S STEPHANIE STREET SUITE 201         7755 MONTGOMERY ROAD                    ATTN- GEORGE F HAND ESQ
HENDERSON NV 89012-5731                 CINCINNATI OH 45236-4291                3442 NOTH BUFFALO DR
                                                                                LAS VEGAS NV 89129



CM/ECF E-SERVICE

(+) DOUG HUGHES                         MATTHEW C ZIRZOW
CO RYAN J WORKS ESQ                     LARSON  ZIRZOW LLC
MCDONALD CARANO LLP                     850 E BONNEVILLE AVE
2300 WEST SAHARA AVENUE SUITE 1200      LAS VEGAS NV 89101-7031
LAS VEGAS NV 89102-4395
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "E/ECF SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (U.S. Trustee) | (Debtor) | RYAN J. WORKS |
|---|---|---|
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101<br><br>USTPRegion17.lv.ecf@usdoj.gov | MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION<br>806 BUCHANAN BLVD., STE. 115-228<br>BOULDER CITY, NV 89005<br>Tax ID / EIN: 26-4397531<br>represented by:<br>MATTHEW C. ZIRZOW<br>LARSON & ZIRZOW, LLC<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101<br><br>mzirzow@lzlawnv.com | MCDONALD CARANO WILSON LLP<br>2300 W. SAHARA AVE., SUITE 1200<br>LAS VEGAS, NV 89102<br><br>rworks@mcdonaldcarano.com |

(Creditor)
DOUG HUGHES
C/O RYAN J. WORKS, ESQ.
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102
represented by:
AMANDA M. PERACH
MCDONALD CARANO WILSON
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

aperach@mcdonaldcarano.com