# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORP.

Case No. __21-12271-abl__

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: __3/31/2021__      PETITION DATE: __03/17/21__

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in     $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $1,015,405 | | |
| b. Total Assets | $3,705,458 | | $2,151,701 |
| c. Current Liabilities | $302,783 | | |
| d. Total Liabilities | $6,744,470 | | $7,118,959 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $82,412 | | $0 |
| b. Total Disbursements | $56,115 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $26,297 | $0 | $0 |
| d. Cash Balance Beginning of Month | $210,763 | | $0 |
| e. Cash Balance End of Month (c + d) | $237,060 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($85,111) | | |
| 5. Account Receivables (Pre and Post Petition) | $187,919 | | |
| 6. Post-Petition Liabilities | $302,783 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:           Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?
13. Are a plan and disclosure statement on file?
14. Was there any post-petition borrowing during this reporting period?

15. Check if paid: Post-petition taxes __X__ ;    U.S. Trustee Quarterly Fees ____ ;  Check if filing is current for: Post-petition tax reporting and tax returns:   __X__ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __4/21/2021__      _/s/ Elena Medo_
                         Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 03/31/21

| 3/18 to 3/31 | March Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | **Current Month** | | | **Revenues:** | | |
| $62,228 | $135,900 | ($73,672) | 1 | Gross Sales | | $167,673 |
| $51 | | ($51) | 2 | less: Sales Returns & Allowances | | |
| $62,177 | $135,900 | ($73,723) | 3 | Net Sales | $0 | $167,673 |
| $33,119 | $59,796 | $26,677 | 4 | less: Cost of Goods Sold (Schedule 'B') | | $72,099 |
| $29,058 | $76,104 | ($47,046) | 5 | Gross Profit | $0 | $95,574 |
| $33 | $0 | $33 | 6 | Interest | | $0 |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $29,091 | $76,104 | ($47,013) | 10 | **Total Revenues** | $0 | $95,574 |
| | | | | **Expenses:** | | |
| $25,000 | $55,833 | $30,833 | 11 | Compensation to Owner(s)/Officer(s) | | $55,833 |
| $46,604 | $87,500 | $40,896 | 12 | Salaries | | $87,500 |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| $2,171 | $19,945 | $17,774 | 16 | Real Property | | $19,945 |
| $3,911 | $5,657 | $1,746 | 17 | Insurance | | $5,657 |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $4,149 | $12,900 | $8,751 | 20 | Employer Payroll Taxes | | $12,900 |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| $0 | $2,500 | $2,500 | 26 | Other Expenses: Other Taxes & Tees | | $2,500 |
| ($1,066) | $2,600 | $3,666 | 27 | Employee Benefits & Workers Comp Insurance | | $2,600 |
| $3,524 | $4,700 | $1,176 | 28 | Repair & Maintenance | | $4,700 |
| $1,037 | $14,200 | $13,163 | 29 | Telephone & Utilities | | $14,200 |
| $1,410 | $3,000 | $1,590 | 30 | Software Subscriptions | | $3,000 |
| | | | 31 | Professional Fees | | |
| $0 | $5,550 | $5,550 | 32 | Sales & Marketing | | $5,550 |
| $1,063 | $2,000 | $937 | 33 | R&D, Laboratory Supplies | | $2,000 |
| $41 | $400 | $359 | 34 | Warehouse Supplies & Misc | | $400 |
| $670 | | | 35 | Office Supplies/Bank Fees/Dues, Auto & Pubs/Misc. | | $0 |
| $2,704 | | | 36 | Interest Expense | | |
| $18,711 | | | 37 | Depreciation | | |
| $150 | | | 38 | Amortization | | $0 |
| $110,079 | $216,785 | $106,706 | 35 | **Total Expenses** | $0 | $216,785 |
| ($80,988) | ($140,681) | $59,693 | 36 | **Subtotal** | $0 | ($121,211) |
| | | | | **Reorganization Items:** | | |
| ($4,123) | ($49,000) | ($44,877) | 37 | Professional Fees | | ($14,000) |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| ($4,123) | ($49,000) | $44,877 | 43 | **Total Reorganization Items** | $0 | ($14,000) |
| ($85,111) | ($189,681) | $104,570 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $0 | ($135,211) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($85,111) | ($189,681) | $104,570 | 46 | **Net Profit (Loss)** | $0 | ($135,211) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 03/31/21

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $237,060 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $187,919 |
| 4 | Inventory | B | $533,107 |
| 5 | Prepaid expenses | | $26,758 |
| 6 | Professional retainers | | $30,561 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $1,015,405 |
| | **Property and Equipment (Book Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $1,047,230 |
| 12 | Furniture and fixtures | D | $12,398 |
| 13 | Office equipment | D | $6,045 |
| 14 | Leasehold improvements | D | $109,209 |
| 15 | Vehicles | D | $10,933 |
| 16 | Other: | D | |
| 17 | Contruction in Process | D | $71,454 |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $1,257,269 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Employee Advances | | $1,062,584 |
| 25 | Receivable - NAI | | $100,945 |
| 26 | Deposits | | $26,937 |
| 27 | Intangible Assets (Net of Amortization) | | $242,318 |
| 28 | **Total Other Assets** | | $1,432,784 |
| 29 | **Total Assets** | | $3,705,458 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $71,604 |
| 31 | Payroll taxes | | | $9,025 |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $28,703 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $193,451 |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $302,783 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | $0 |
| 46 | **Total Post-Petition Liabilities** | | | $302,783 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $301,285 |
| 48 | Priority unsecured claims | F | | $919,780 |
| 49 | General unsecured claims | F | | $5,220,622 |
| 50 | **Total Pre-Petition Liabilities** | | | $6,441,687 |
| 51 | **Total Liabilities** | | | $6,744,470 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($16,458,801) |
| 53 | Capital Stock | | $58,090 |
| 54 | Additional paid-in capital | | $13,446,810 |
| 55 | Cumulative profit/(loss) since filing of case | | ($85,111) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | ($3,039,012) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $3,705,458 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $157,218 | $28,703 | |
| 31-60 Days | $17,055 | | |
| 61-90 Days | $1,142 | | $0 |
| 91+ Days | $14,004 | | |
| Total accounts receivable/payable | $189,419 | $28,703 | |
| Allowance for doubtful accounts | $1,500 | | |
| Accounts receivable (net) | $187,919 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | $ 532,177 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $33,077 |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | $972 |
| | | | |
| Manufacturer - | | | |
| Raw Materials | $452,226 | | |
| Work-in-progress | | Less - | |
| Finished goods | $80,881 | Inventory End of Month | $533,107 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $33,119 |
| TOTAL | $533,107 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____ No _____
How often do you take a complete physical inventory?

- Weekly _____
- Monthly _____
- Quarterly _____
- Semi-annually _____
- Annually    X

Date of last physical inventory was

Date of next physical inventory is

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
- FIFO cost _____
- LIFO cost _____
- Lower of cost or market    X
- Retail method _____
- Other _____
-   Explain

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---:|---:|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Book Value |
|---|---:|---:|
| Machinery & Equipment - | | |
|     Machinery & Equipment | $1,705,188 | $953,287 |
|     Shop Tools | $1,923 | $1,792 |
|     Lab Equipment | $151,848 | $92,151 |
|     Total | $1,858,959 | $1,047,230 |
| | | |
| Furniture & Fixtures - | | |
|     Furniture & Fixtures | $25,380 | $12,398 |
|     Total | $25,380 | $12,398 |
| | | |
| Office Equipment - | | |
|     Computer Equipment | $27,469 | $6,045 |
|     Total | $27,469 | $6,045 |
| | | |
| Leasehold Improvements - | | |
|     Leasehold Improvements | $141,908 | $109,209 |
|     Construction in Process (Exterior Remodel) | $71,454 | $71,454 |
|     Total | $213,362 | $180,663 |
| | | |
| Vehicles - | | |
|     Trucks | $14,000 | $10,933 |
|     Total | $14,000 | $10,933 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | $5,478 | | | | $5,478 |
| Unemployment (FUTA) | $917 | | | | $917 |
| Income | | | | | $0 |
| Other (Family & Med Leave S/H) | $85 | | | | $85 |
| **Total Federal Taxes** | $6,480 | $0 | $0 | $0 | $6,480 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | $1,721 | | | | $1,721 |
| Disability Insurance (DI) | $810 | | | | $810 |
| Empl. Training Tax (ETT) | $14 | | | | $14 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $2,545 | $0 | $0 | $0 | $2,545 |
| **Total Taxes** | $9,025 | $0 | $0 | $0 | $9,025 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $301,285 | $301,285 |
| Priority claims other than taxes | | |
| Priority tax claims | $919,780 | $919,780 |
| General unsecured claims | $5,220,622 | $5,220,622 |

(a)  List total amount of claims even it under secured.
(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $82,379 | |
| 3 | Interest Received | $33 | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $82,412 | $0 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 11624 | |
| 14 | Selling | | |
| 15 | Administrative | $29,567 | |
| 16 | Capital Expenditures | $228 | |
| 17 | Principal Payments on Debt | $4,918 | |
| 18 | Interest Paid | $718 | |
| | Rent/Lease: | | |
| 19 | Personal Property | $760 | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | Software Development Costs | $8,300 | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $56,115 | $0 |
| 39 | **Net Increase (Decrease) in Cash** | $26,297 | $0 |
| 40 | **Cash Balance, Beginning of Period** | $210,763 | |
| 41 | **Cash Balance, End of Period** | $237,060 | $0 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
For the Month Ended _____

|   |   | Actual<br>**Current Month** | Cumulative<br>**(Case to Date)** |
|---|---|---|---|
|   | **Cash Flows From Operating Activities** |   |   |
| 1 | Cash Received from Sales |   |   |
| 2 | Rent/Leases Collected |   |   |
| 3 | Interest Received |   |   |
| 4 | Cash Paid to Suppliers |   |   |
| 5 | Cash Paid for Selling Expenses |   |   |
| 6 | Cash Paid for Administrative Expenses |   |   |
|   | Cash Paid for Rents/Leases: |   |   |
| 7 |     Personal Property |   |   |
| 8 |     Real Property |   |   |
| 9 | Cash Paid for Interest |   |   |
| 10 | Cash Paid for Net Payroll and Benefits |   |   |
|   | Cash Paid to Owner(s)/Officer(s) |   |   |
| 11 |     Salaries |   |   |
| 12 |     Draws |   |   |
| 13 |     Commissions/Royalties |   |   |
| 14 |     Expense Reimbursements |   |   |
| 15 |     Other |   |   |
|   | Cash Paid for Taxes Paid/Deposited to Tax Acct. |   |   |
| 16 |     Employer Payroll Tax |   |   |
| 17 |     Employee Withholdings |   |   |
| 18 |     Real Property Taxes |   |   |
| 19 |     Other Taxes |   |   |
| 20 | Cash Paid for General Expenses |   |   |
| 21 |   |   |   |
| 22 |   |   |   |
| 23 |   |   |   |
| 24 |   |   |   |
| 25 |   |   |   |
| 26 |   |   |   |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
|   | **Cash Flows From Reorganization Items** |   |   |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case |   |   |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case |   |   |
| 30 | U.S. Trustee Quarterly Fees |   |   |
| 31 |   |   |   |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
|   | **Cash Flows From Investing Activities** |   |   |
| 34 | Capital Expenditures |   |   |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case |   |   |
| 36 |   |   |   |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
|   | **Cash Flows From Financing Activities** |   |   |
| 38 | Net Borrowings (Except Insiders) |   |   |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders |   |   |
| 40 | Capital Contributions |   |   |
| 41 | Principal Payments |   |   |
| 42 |   |   |   |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** |   |   |
| 46 | **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Revised 1/1/98

5:50 PM
04/20/21

# Medolac Laboratories A Public Benefit Corporation
# Reconciliation Detail
### 1010 · KeyBank Medolac Operating 2210, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 199.20 |
| **Cleared Transactions** | | | | | | |
|   **Checks and Payments - 3 items** | | | | | | |
| Transfer | 03/24/2021 | | Medolac Laboratories | X | (2,300.00) | (2,300.00) |
| Transfer | 03/31/2021 | | Medolac Laboratories | X | (72.60) | (2,372.60) |
| Check | 03/31/2021 | ach | KeyBank | X | (25.00) | (2,397.60) |
|   Total Checks and Payments | | | | | (2,397.60) | (2,397.60) |
|   **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 03/11/2021 | | Baptist Health | X | 1,142.40 | 1,142.40 |
| Deposit | 03/22/2021 | | Baptist Health | X | 1,056.00 | 2,198.40 |
|   Total Deposits and Credits | | | | | 2,198.40 | 2,198.40 |
|   Total Cleared Transactions | | | | | (199.20) | (199.20) |
| **Cleared Balance** | | | | | (199.20) | 0.00 |
| **Uncleared Transactions** | | | | | | |
|   **Checks and Payments - 1 item** | | | | | | |
| Check | 12/14/2020 | ACH1... | Franchise Tax Board | | (800.00) | (800.00) |
|   Total Checks and Payments | | | | | (800.00) | (800.00) |
|   Total Uncleared Transactions | | | | | (800.00) | (800.00) |
| **Register Balance as of 03/31/2021** | | | | | (999.20) | (800.00) |
| **New Transactions** | | | | | | |
|   **Checks and Payments - 1 item** | | | | | | |
| Transfer | 04/02/2021 | | Medolac Laboratories | M | (3,168.00) | (3,168.00) |
|   Total Checks and Payments | | | | | (3,168.00) | (3,168.00) |
|   **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/01/2021 | | Baptist Health | M | 3,168.00 | 3,168.00 |
|   Total Deposits and Credits | | | | | 3,168.00 | 3,168.00 |
|   Total New Transactions | | | | | 0.00 | 0.00 |
| **Ending Balance** | | | | | (999.20) | (800.00) |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**March 31, 2021**
page 1 of 3

2210

T    69 00000 R EM T1
MEDOLAC LABORATORIES A PUBLIC BENEFIT C
OPERATING ACCOUNT
J MEDO
806 BUCHANAN BLVD STE 115 # 101
BOULDER CITY NV 89005-2144

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### KeyNotes

At KeyBank, we want to be sure that you are aware of any changes to your deposit account agreement and disclosures.

Our Real Time Payments (RTP) Deposit Agreement has been updated to state that all receiving accounts for RTP must be located in the United States. If you receive an RTP transaction on behalf of someone else, they must be a resident of or have an account that resides in the United States.

For consumer accounts, if you have questions, you can visit your local branch or call us at 1-800-KEY@YOU®.

For business accounts, if you have questions, you can speak to your Relationship Manager or call us at 800-821-2829.

For clients using a TDD/TTY device, please call 1-800-539-8336.

---

Key Business Reward Checking    2210
MEDOLAC LABORATORIES A PUBLIC BENEFIT C
OPERATING ACCOUNT

| | |
|---|---:|
| Beginning balance 2-28-21 | $199.20 |
| 2 Additions | +2,198.40 |
| 2 Subtractions | -2,372.60 |
| Net fees and charges | -25.00 |
| **Ending balance 3-31-21** | **$0.00** |

### Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 3-11 | | Direct Deposit, | Baptist Healthcapayments | $1,142.40 |
| | 3-22 | | Direct Deposit, | Baptist Healthcapayments | 1,056.00 |
| | | | **Total additions** | | **$2,198.40** |

**Business Banking Statement**
**March 31, 2021**
**page 2 of 3**

2210

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 3-24 | | Internet Trf To Client-Added Transfer Account | $2,300.00 |
| 3-31 | | Internet Trf To Client-Added Transfer Account | 72.60 |
| | | **Total subtractions** | **$2,372.60** |

## Fees and charges

| Date | | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| 3-31-21 | Service Charge | | 1 | 25.00 | -$25.00 |
| | | **Fees and charges  assessed this period** | | | **-$25.00** |

5:11 PM
04/20/21

# Medolac Laboratories A Public Benefit Corporation
## Reconciliation Detail
1020 · Wells Fargo - Checking, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 0.00 |
|   **Cleared Transactions** | | | | | | |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 03/15/2021 | | | X | 25.00 | 25.00 |
|     Total Deposits and Credits | | | | | 25.00 | 25.00 |
|   Total Cleared Transactions | | | | | 25.00 | 25.00 |
| **Cleared Balance** | | | | | 25.00 | 25.00 |
| Register Balance as of 03/31/2021 | | | | | 25.00 | 25.00 |
| **Ending Balance** | | | | | 25.00 | 25.00 |

# Initiate Business Checking℠

March 31, 2021 ■ Page 1 of 4





MEDOLAC LABORATORIES
A PUBLIC BENEFIT CORPORATION
806 BUCHANAN BLVD # 115228
BOULDER CITY NV 89005-2130

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## ✓ IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/15 | $0.00 |
| Deposits/Credits | 25.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$25.00** |

Account number:   5970
MEDOLAC LABORATORIES
A PUBLIC BENEFIT CORPORATION

Nevada account terms and conditions apply

March 31, 2021 ■ Page 2 of 4



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/15 | | Deposit | 25.00 | | 25.00 |
| Ending balance on 3/31 | | | | | 25.00 |
| **Totals** | | | **$25.00** | **$0.00** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 03/15/2021 - 03/31/2021        Standard monthly service fee $10.00        You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $25.00 [ ] |
| • Minimum daily balance | $500.00 | $25.00 [ ] |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



12:43 PM
04/20/21

# Medolac Laboratories A Public Benefit Corporation
## Reconciliation Detail
### 1030-1 · GNCU - Savings - 6202, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,129.39 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Check | 03/01/2021 | | Greater Nevada Cred... | X | (15.00) | (15.00) |
| Check | 03/02/2021 | Direct ... | Dahl, Milford | X | (3,050.00) | (3,065.00) |
| Check | 03/02/2021 | | Greater Nevada Cred... | X | (15.00) | (3,080.00) |
| Check | 03/03/2021 | payroll... | Payroll ACH | X | (59,405.35) | (62,485.35) |
| Bill Pmt -Check | 03/05/2021 | Direct ... | Domino Amjet, Inc. | X | (449.59) | (62,934.94) |
| Check | 03/10/2021 | Transfer | Mother's Milk Cooper... | X | (200.00) | (63,134.94) |
| Check | 03/10/2021 | Direct ... | Neidlinger, Marilyn | X | (17.83) | (63,152.77) |
| Bill Pmt -Check | 03/12/2021 | Direct ... | Ullmers Dairy Equip... | X | (837.50) | (63,990.27) |
| Bill Pmt -Check | 03/15/2021 | Direct ... | Sunstate Equipment ... | X | (541.23) | (64,531.50) |
| Check | 03/15/2021 | Direct ... | Martincek, Alexander | X | (200.00) | (64,731.50) |
| Check | 03/15/2021 | Direct ... | English, William | X | (24.15) | (64,755.65) |
| Check | 03/16/2021 | Payroll... | Payroll ACH | X | (58,040.44) | (122,796.09) |
| Check | 03/16/2021 | | Greater Baltimore Me... | X | (15.00) | (122,811.09) |
| Bill Pmt -Check | 03/17/2021 | direct ... | Evans, Kristin | X | (1,202.50) | (124,013.59) |
| Check | 03/17/2021 | Direct ... | Neidlinger, Marilyn | X | (5.81) | (124,019.40) |
| Total Checks and Payments | | | | | (124,019.40) | (124,019.40) |
| **Deposits and Credits - 7 items** | | | | | | |
| Transfer | 03/01/2021 | | Medolac Laboratories | X | 1,000.00 | 1,000.00 |
| Transfer | 03/01/2021 | | | X | 5,000.00 | 6,000.00 |
| Transfer | 03/02/2021 | | | X | 65,000.00 | 71,000.00 |
| Transfer | 03/16/2021 | | | X | 704.79 | 71,704.79 |
| Transfer | 03/16/2021 | | | X | 57,000.00 | 128,704.79 |
| Transfer | 03/24/2021 | | Medolac Laboratories | X | 2,300.00 | 131,004.79 |
| Deposit | 03/31/2021 | | | X | 0.64 | 131,005.43 |
| Total Deposits and Credits | | | | | 131,005.43 | 131,005.43 |
| Total Cleared Transactions | | | | | 6,986.03 | 6,986.03 |
| **Cleared Balance** | | | | | 6,986.03 | 8,115.42 |
| **Register Balance as of 03/31/2021** | | | | | 6,986.03 | 8,115.42 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Check | 04/02/2021 | payroll ... | Payroll ACH | | (57,201.93) | (57,201.93) |
| Bill Pmt -Check | 04/02/2021 | ach | Core Content | | (6,200.00) | (63,401.93) |
| Bill Pmt -Check | 04/02/2021 | ACH | Evans, Kristin | | (715.00) | (64,116.93) |
| Check | 04/02/2021 | | Greater Nevada Cred... | | (15.00) | (64,131.93) |
| Check | 04/05/2021 | direct ... | Martincek, Alexander | | (448.04) | (64,579.97) |
| Check | 04/06/2021 | Direct ... | Domino Amjet, Inc. | | (449.59) | (65,029.56) |
| Check | 04/06/2021 | direct ... | Maris, Riley | | (123.28) | (65,152.84) |
| Check | 04/07/2021 | direct ... | Pedro Neria | | (900.00) | (66,052.84) |
| Check | 04/09/2021 | Transfer | Mother's Milk Cooper... | | (3,000.00) | (69,052.84) |
| Check | 04/14/2021 | DD | Martincek, Alexander | | (250.00) | (69,302.84) |
| Check | 04/14/2021 | | Greater Nevada Cred... | | (15.00) | (69,317.84) |
| Check | 04/15/2021 | Transfer | Mother's Milk Cooper... | | (5,000.00) | (74,317.84) |
| Check | 04/15/2021 | | Greater Nevada Cred... | | (15.00) | (74,332.84) |
| Bill Pmt -Check | 04/16/2021 | DD | Core Content | | (5,500.00) | (79,832.84) |
| Check | 04/16/2021 | dd | English, William | | (39.10) | (79,871.94) |
| Check | 04/19/2021 | | Greater Nevada Cred... | | (15.00) | (79,886.94) |
| Check | 04/20/2021 | Payroll... | Payroll ACH | | (55,049.98) | (134,936.92) |
| Check | 04/20/2021 | DD | Dam Local, LLC | | (5,000.00) | (139,936.92) |
| Check | 04/20/2021 | ACH | Navitas Credit Corp. | | (1,336.25) | (141,273.17) |
| Total Checks and Payments | | | | | (141,273.17) | (141,273.17) |

12:43 PM
04/20/21

# Medolac Laboratories A Public Benefit Corporation
## Reconciliation Detail
### 1030-1 · GNCU - Savings - 6202, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 04/01/2021 | | Medolac Laboratories | * | 72.60 | 72.60 |
| Transfer | 04/02/2021 | | Medolac Laboratories | | 3,168.00 | 3,240.60 |
| Transfer | 04/02/2021 | | Cash | | 60,000.00 | 63,240.60 |
| Transfer | 04/14/2021 | | | | 11,000.00 | 74,240.60 |
| Transfer | 04/15/2021 | | | | 10,000.00 | 84,240.60 |
| Transfer | 04/19/2021 | | | | 60,000.00 | 144,240.60 |
| Total Deposits and Credits | | | | | 144,240.60 | 144,240.60 |
| Total New Transactions | | | | | 2,967.43 | 2,967.43 |
| **Ending Balance** | | | | | 9,953.46 | 11,082.85 |



**GREATER NEVADA Credit Union**

P.O. Box 2128
Carson City, NV 89702
(775) 882-2060
Toll Free: (800) 421-6674
gncu.org

| Member # | Statement Period | Page |
|---|---|---|
| ******2132 | 03/01/21 thru 03/31/21 | 1 of 2 |

| Account Balance Summary ||
|---|---|
| Commercial Shares | $ 8,115.42 |

MEDOLAC LABORATORIES A PUBLIC BENEFIT CO
806 BUCHANAN BOULEVARD SUITE 115-228
BOULDER CITY  NV  89005



*Reconciled*

### Commercial Shares (Acct# ******6202)

| Previous Balance | Debits / Withdrawals | Credits / Deposits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 1,129.39 | $ 124,019.40 | $ 131,004.79 | $ 8,115.42 | $ 1.36 |

| Trans. Date | Transaction | Balance | Description |
|---|---|---|---|
| MAR01 |  | 1,129.39 | Previous Balance |
| MAR01 | 1,000.00 | 2,129.39 | External DP 021057516097791  - ONLINE-BK |
| MAR01 | 5,000.00 | 7,129.39 | Domestic Wire Deposit Incoming Wire 46016057 MEDOLAC LABS A PBC |
| MAR01 | -15.00 | 7,114.39 | Domestic Wire Deposit Fee Incoming Domestic Wire Fee 46016057 |
| MAR01 | -3,050.00 | 4,064.39 | Withdrawal Transaction:Payroll, Tracking ID:37179 |
| MAR02 | 65,000.00 | 69,064.39 | Domestic Wire Deposit Incoming Wire 46040793 MEDOLAC LABS A PBC |
| MAR02 | -15.00 | 69,049.39 | Domestic Wire Deposit Fee Incoming Domestic Wire Fee 46040793 |
| MAR02 | -59,405.35 | 9,644.04 | Withdrawal Transaction:Payroll, Tracking ID:37275 |
| MAR05 | -449.59 | 9,194.45 | Withdrawal Transaction:Payroll, Tracking ID:37641 |
| MAR09 | -17.83 | 9,176.62 | Withdrawal Transaction:Payroll, Tracking ID:37907 |
| MAR10 | -200.00 | 8,976.62 | Withdrawal Transaction:ExternalTransfer, Tracking ID:37992 |
| MAR11 | -837.50 | 8,139.12 | Withdrawal Transaction:Payroll, Tracking ID:38130 |
| MAR12 | -200.00 | 7,939.12 | Withdrawal Transaction:Payroll, Tracking ID:38242 |
| MAR12 | -541.23 | 7,397.89 | Withdrawal Transaction:Payroll, Tracking ID:38254 |
| MAR15 | -24.15 | 7,373.74 | Withdrawal Transaction:Payroll, Tracking ID:38459 |
| MAR16 | 57,000.00 | 64,373.74 | Domestic Wire Deposit Incoming Wire 46374140 MEDOLAC LABS A PBC |
| MAR16 | -15.00 | 64,358.74 | Domestic Wire Deposit Fee Incoming Domestic Wire Fee 46374140 |
| MAR16 | -58,040.44 | 6,318.30 | Withdrawal Transaction:Payroll, Tracking ID:38507 |
| MAR16 | -1,202.50 | 5,115.80 | Withdrawal Transaction:Payroll, Tracking ID:38512 |
| MAR16 | -5.81 | 5,109.99 | Withdrawal Transaction:Payroll, Tracking ID:38528 |
| MAR17 | 704.79 | 5,814.78 | External DP Mary Horlock  - Paige Lest |
| MAR25 | 2,300.00 | 8,114.78 | External DP 021083315636659  - ONLINE-BK |
| MAR31 | 0.64 | 8,115.42 | Credit Interest |

The Annual Percentage Yield Earned was 0.100% from 03/01/21 through 03/31/21.
Your minimum balance during the period was $1,129.39.  The interest earned during the period was $0.64.

Regular share accounts are NON-TRANSFERABLE except on the records of this credit union. NOTICE: See insert for information regarding your rights to dispute billing errors and electronic funds transfer errors. Dividends shown will be reported to the Internal Revenue Service as interest for this calendar year.

The daily periodic rate and the **ANNUAL PERCENTAGE RATE** used to compute the **FINANCE CHARGE** for each open-end loan is printed above the transaction relating to the loan. The **FINANCE CHARGE** for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the **FINANCE CHARGE** is that balance each day after credits are subtracted and new advances or other are added.

By sending your check for a loan payment please be aware that you are authorizing Greater Nevada Credit Union to use your information on that check to make a one-time electronic debit in the amount of the check from your account at the financial institution indicated on it. If you prefer not to have your checks used in this way, please contact the credit union at 775-882-2060. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from the credit union.

**THE STATEMENTS BELOW PERTAIN TO OPEN-END ACCOUNTS ONLY - COMPUTATION OF FINANCE CHARGE**

The dollar amount you pay for money borrowed is called a finance charge. The finance charge begins on the date of each advance. We compute the finance charge on your account by applying the periodic rate to the daily balance of your account. To get the daily balance we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. For accounts with interest only payments, we add the finance charge for each day in the billing cycle together to get the total finance charge. For all other accounts, we add the finance charge for each day since your last payment (or since an advance if you have not yet made a payment) together to get the total finance charge. A finance charge will be computed separately for each separate open-end loan balance.

**CREDIT INSURANCE NOTICE**
California residents: THIS INSURANCE MAY NOT COVER AN ADVANCE OR CHARGE UNDER YOUR CREDIT LINE IF YOUR DISABILITY OR DEATH RESULTS FROM A CONDITION FOR WHICH YOU HAVE SEEN A



NCUA