_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
April 26, 2021

_____

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 21-11271-abl |
| | Chapter 11 |
| MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION, | |
| Debtor. | Date: April 21, 2021 |
| | Time: 1:30 p.m. |

**ORDER GRANTING APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF HELMUT KOEHN, PC AS ACCOUNTANT FOR THE DEBTOR RETROACTIVE TO THE PETITION DATE**

Medolac Laboratories, a Delaware public benefit corporation, as debtor and debtor in possession (the "Debtor"), having filed its *Application for Order Approving the Employment of Helmut Koehn, PC as Accountant for the Debtor Retroactive to the Petition Date* (the "Application") [ECF No. 25],[1] thereby seeking to employ Helmut Koehn, PC ("Helmut Koehn")

---
[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as in the Application.

as its accountant and retroactive to the Debtor's Petition Date of March 17, 2021; no oppositions to the Application having been filed; the matter having come on for hearing; the Court having reviewed and considered the Application and all matters submitted therewith; notice of the Application having been proper; the Court having held a hearing on the Application, with all appearances having been noted on the record; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED**:

1. The Application is GRANTED.

2. The Debtor is authorized to retain and employ Helmut Koehn pursuant to 11 U.S.C. § 327(a) as its accountant to perform the accounting services as set forth in the Application, and subject to the terms and conditions of the Engagement Letter submitted in support of the Application, including its pre-petition retainer to secure the payment of any fees and costs as may be allowed by this Court, and which retention is approved retroactive to the Debtor's Petition Date of March 17, 2021.

3. Helmut Koehn shall be compensated for the services described in the Application and its Engagement Letter, and in accordance with the procedures set forth in 11 U.S.C. § 330, applicable provisions of the Federal Rules of Bankruptcy Rules, the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, the Guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court.

**IT IS SO ORDERED.**

. . .

. . .

. . .

PREPARED AND SUBMITTED:

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3