NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–21–11271–abl<br>CHAPTER 11 |
| MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION<br>    fdba NEOLAC, INC. | ORDER GRANTING VERIFIED PETITION |
| Debtor(s) | |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by JAMES S. LIVERMON, III is **GRANTED**.

Dated: 5/6/21

Mary A. Schott
Clerk of Court