**BRIAN D. SHAPIRO, ESQ.**
**Law Office of Brian D. Shapiro, LLC**
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
brian@brianshapirolaw.com
Proposed Attorney for Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

MEDOLAC LABORATORIES, A
PUBLIC BENEFIT CORPORATION,



Debtor(s).

Case No. 21-11271-abl
Chapter 7

## MOTION FOR AN ORDER SHORTENING TIME FOR A

## MOTION TO APPROVE SETTLEMENT

Brian D. Shapiro, ("**Trustee**"), by and through the Law Office of Brian D. Shapiro

respectfully requests this Court to enter an order shortening time to hear the Trustee's

motion to approve settlement with Doug Hughes ("**Motion**").   This Motion incorporates

by reference the Trustee's Motion to Approve Settlement and the Declaration in Support

of Motion to Approve Settlement and is also based upon the declaration in support of this

Motion.

DATED:  7-18-21

/s/ Brian D. Shapiro
**BRIAN D. SHAPIRO, ESQ.**
**Law Office of Brian D. Shapiro**
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
brian@brianshapirolaw.com
Proposed Attorney for Trustee