_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 20, 2021

BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
510 S. 8th Street
Las Vegas, NV 89101
Telephone: (702) 386-8600
Facsimile: (702) 383-0994
*[Proposed] Attorney for Brian D. Shapiro, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION<br><br>Debtor. | Case No. 21-11271-abl<br>Chapter 7<br><br>**ORDER GRANTING EX-PARTE APPLICATION TO EMPLOY LAW OFFICE OF BRIAN D. SHAPIRO AND BRIAN D. SHAPIRO AS GENERAL COUNSEL FOR TRUSTEE** |

BRIAN D. SHAPIRO, the trustee of the above-captioned bankruptcy estate, having filed an ex-parte motion to employ the Law Office of Brian D. Shapiro, LLC and Brian D. Shapiro (collectively "Shapiro") as General Counsel for the Trustee ("Application"). The Court reviewed the Application, the verified statement, and the declaration in support. The Court finding that Shapiro does not hold or represent an interest adverse to the Estate, that the Applicant is a disinterested party within the meaning of Section 101(14) of the Bankruptcy Code, may represent the Bankruptcy Estate under 11 U.S.C. §327(c) and (d) and that the employment of counsel is necessary and in the best interest of the Estate and the creditors. Good cause appearing therefore it is hereby

ORDERED, that pursuant to Section 327 of the Bankruptcy Code, the Trustee, in accordance with retention agreement and as of the date of the filing of the Application, is authorized to employ Shapiro as General Counsel of the Bankruptcy Estate.  The payment of all fees and costs are subject to further approval by this Court.

Respectfully submitted by:


*/s/ Brian D. Shapiro, Trustee*


In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X__ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

*This is an ex-parte application.  Pursuant to the Notes of the Advisory Committee on Rules 1991 Amendment of Bankruptcy Rule 2014, the United States trustee monitors applications filed under §327 of the Code and may file with the court comments with respect to the approval of such applications. See 28 U.S.C. §586(a)(3)(H). Accordingly, on July 12, 2021, prior to submitting the order and pursuant to the Chapter 7 Trustee Handbook, the United States Trustee was provided a copy of the application and given an opportunity to comment.  As of the date of submitting this Order, the Untied States Trustee has not commented.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###