_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 06, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION,

    Debtor.

Case No.: 21-11271-abl

Chapter 7

Hearing Date: August 6, 2021
Hearing Time: 9:30 a.m.

**ORDER CONTINUING HEARING ON MOTION TO APPROVE SETTLEMENT**

On August 6, 2021, the Court conducted a hearing on a contested Motion to Approve Settlement ("Motion") (ECF No. 279).[1] The Motion was filed by Chapter 7 trustee, Brian D. Shapiro ("Trustee").

The August 6, 2021 hearing on the Motion was conducted telephonically. Trustee appeared on his own behalf. Matthew C. Zirzow appeared on behalf of the debtor. Attorney Marjorie A. Guymon appeared on behalf of creditor Prolacta Bioscience, Inc. Attorney James S. Livermon, III, appeared on behalf of creditor, Liquid Gold, LLC. Attorney Donald H. Cram appeared on behalf of creditor Doug Hughes. Attorneys James Patrick Shea and Michael T. Driscoll appeared on behalf of interested party, Mead Johnson & Company, LLC. Attorney

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

Megan K. McHenry appeared on behalf of creditor M2 Lease Fund.  Other appearances were noted on the record.

For the reasons stated on the record at the August 6, 2021 hearing on the Motion:

**IT IS ORDERED** that **on or before August 9, 2021**, Trustee shall file an amendment to the Motion providing for alternative relief in the form of an asset sale under 11 U.S.C. § 363. The amended Motion shall comply with all requirements of LR 6004.

**IT IS FURTHER ORDERED** that a hearing to consider approval of the procedures that will govern the proposed asset sale under the Motion as amended pursuant to this Order will be held on **Tuesday, August 17, 2021, commencing at 1:30 p.m.**  The hearing to consider approval of the sales procedures under the Motion as amended pursuant to this Order shall be held before the Hon. Gary Spraker on that date and at that time.

**IT IS FURTHER ORDERED** that the final hearing on the Motion as amended pursuant to this Order shall be held on **Tuesday, August 24, 2021, commencing at 1:30 p.m.**

Copies sent to all parties via CM/ECF Electronic Filing.

### #