Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 02, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION,

Debtor.

Case No.: 21-11271-abl

Chapter 7

Hearing Date: August 30, 2021
Hearing Time: 1:30 p.m.

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**

On August 30, 2021, the Court issued its oral ruling on a Motion to Approve Settlement ("Settlement Motion") (ECF No. 279).[1] The Settlement Motion was filed by Chapter 7 Trustee Brian D. Shapiro.

At the August 30, 2021 oral ruling, Brian Shapiro appeared in his capacity as Chapter 7 Trustee. Attorney Marjorie A. Guymon appeared telephonically on behalf of creditor Prolacta Bioscience, Inc. ("Prolacta"). Attorney Matthew C. Zirzow appeared telephonically on behalf of Medolac Laboratories, A Public Benefit Corporation ("Debtor"). Attorney James S. "Charlie" Livermon, III appeared telephonically on behalf of creditor, Liquid Gold, LLC. Attorney Donald Cram appeared telephonically on behalf of DIP Lender, Doug Hughes. Attorney Megan

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

McHenry appeared telephonically on behalf of creditor, M2 Lease Funds. No other appearances were noted on the record.

      To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on August 30, 2021, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52, made applicable in this contested matter pursuant to Fed. R. Bankr. P. 9014(a) and (c) and 7052.

      For the reasons stated on the record:

      **IT IS ORDERED** that the Settlement Motion is **GRANTED**.

      **IT IS FURTHER ORDERED** that the 14-day stay under Fed. R. Bankr. P. 6004(h) is waived, such that this Order shall become effective immediately upon docketing.

Copies sent to all parties via CM/ECF Electronic Filing.

                                                      # # #