**BRIAN D. SHAPIRO, ESQ.**
**Law Office of Brian D. Shapiro, LLC**
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
brian@brianshapirolaw.com
Attorney for Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 21-11271-abl |
| | Chapter 7 |
| MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION, | |
| Debtor(s). | |

**NOTICE OF CONSUMMATION OF SETTLMEENT**

Brian D. Shapiro, Trustee ("**Trustee**"), of the Bankruptcy Estate of Medolac Laboratories, a Public Benefit Corporation submits notice that the settlement as contemplated in Motion to Approve Settlement stated within ECF No. 279 ("**Settlement**") and approved by the Bankruptcy Court as stated within the order entered on September 2, 2021, as ECF No. 397 has been fully consummated.

DATED  09-02-21                          /s/ Brian D. Shapiro, Esq.
                                          BRIAN D. SHAPIRO, ESQ.
                                          Law Office of Brian D. Shapiro, LLC
                                          Attorney for Trustee

# **CERTIFICATE OF SERVICE**

On September 2, 2021, this pleading was served via the ECF System to the individuals/parties listed below.

<u>09-02-2021</u>                              */s/ Brian D. Shapiro*

ISMAIL AMIN on behalf of Creditor Pamela Moffat
IAMIN@talglaw.COM, dflandez@talglaw.com,mschriever@talglaw.com

ISMAIL AMIN on behalf of Creditor SLATER LAWRENCE
IAMIN@talglaw.COM, dflandez@talglaw.com,mschriever@talglaw.com

PAUL N. ANDONIAN on behalf of Creditor WINTRUST SPECIALTY FINANCE, A DIVISION OF BEVERLY BANK & TRUST COMPANY, N.A.
pandonian@hrhlaw.com

DONALD H. CRAM on behalf of Creditor DOUG HUGHES
dhc@severson.com, emr@severson.com;dmg@severson.com

MARJORIE A. GUYMON on behalf of Creditor PROLACTA BIOSCIENCE
bankruptcy@goldguylaw.com,
peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;mariaa@goldguylaw.com

MARJORIE A. GUYMON on behalf of Debtor MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION
bankruptcy@goldguylaw.com,
peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;mariaa@goldguylaw.com

JAMES ANDREW HINDS, JR on behalf of Creditor PRO LEAD SOFT
jhinds@hindslawgroup.com

JAMES S LIVERMON, III on behalf of Creditor LIQUID GOLD, LLC
charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

TIMOTHY A LUKAS on behalf of Creditor LIQUID GOLD, LLC
ecflukast@hollandhart.com

AMANDA M. PERACH on behalf of Creditor DOUG HUGHES
aperach@mcdonaldcarano.com, kkirn@mcdonaldcarano.com

PATRICK A ROSE on behalf of Creditor SMALL BUSINESS ADMINISTRATION
Patrick.Rose@usdoj.gov, Dionne.white@usdoj.gov;maritess.recinto@usdoj.gov;Eunice.jones@usdoj.gov;maria.covarrubias@usdoj.gov;samira.tamules@usdoj.gov;angel.villalpando@usdoj.gov

PATRICK A ROSE on behalf of Creditor THE UNITED STATES, ON BEHALF OF ITS AGENCY, THE SMALL BUSINESS ADMINISTRATION
Patrick.Rose@usdoj.gov, Dionne.white@usdoj.gov;maritess.recinto@usdoj.gov;Eunice.jones@usdoj.gov;maria.covarrubias@usdoj.gov;samira.tamules@usdoj.gov;angel.villalpando@usdoj.gov

BRIAN D. SHAPIRO
brian@trusteeshapiro.com, nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Trustee BRIAN D. SHAPIRO
brian@brianshapirolaw.com, kristin@brianshapirolaw.com;connie@brianshapirolaw.com;6855036420@filings.docketbird.com

JOSEPH G. WENT on behalf of Creditor LIQUID GOLD, LLC
JGWent@hollandhart.com, cabowman@hollandhart.com;krcole@hollandhart.com;IntakeTeam@hollandhart.com

RYAN J. WORKS on behalf of Creditor DOUG HUGHES
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Debtor MEDOLAC LABORATORIES, A PUBLIC BENEFIT CORPORATION
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;allison@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com